IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY, individually and on behalf of all others similarly situated, ) ) ) ) ) ) | |
| | Case No. 09 CV 6178 |
| Plaintiff, ) ) ) | |
| | Judge Rebecca Pallmeyer |
| v. ) ) | |
| | Magistrate Judge Susan Cox |
| FIRST TRANSIT, INC., ) ) | |
| Defendant. ) | |
| TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON, individually and on behalf of all others similarly situated, ) ) ) ) ) ) | Case No. 10 CV 2244 |
| Plaintiffs, ) ) ) | |
| | Judge Rebecca Pallmeyer |
| v. ) ) | |
| | Magistrate Judge Susan Cox |
| FIRST STUDENT, INC., ) ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS AND SUBCLASSES, DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL; APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE; AND SCHEDULING OF A FINAL FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23, and for the reasons set out in the attached memorandum of law, the parties ask the Court to enter an order:

1

1. Preliminarily approving the class-wide Settlement Agreement negotiated by the parties;

2. Conditionally certifying this case as a class action for settlement purposes only and defining the Class and Subclasses according to the parties' Settlement Agreement;

3. Designating the Named Plaintiffs, Elizabeth Hunter, William Garraughty, Tasha Joshaway, Michael Yurkowski, Debbie Goin, Pennie Johnson, Linda Stoike, and George Beckett, as representatives for the Class and Subclasses and designating Hughes, Socol, Piers, Resnick & Dym as Class Counsel;

4. Approving the form and manner of class notice;

5. Setting a date for a final fairness hearing; and

6. Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Class from commencing, prosecuting, or maintaining any claim already asserted in and encompassed by the above-referenced actions, or challenging or seeking review of or relief from any order, judgment, act decision or ruling of this Court in connection with the Settlement Agreement.

7. A draft order is attached as Exhibit 2 to the memorandum of law filed in support of this motion.

WHEREFORE, the Plaintiff requests entry of the attached draft order or a similar order.

                                      Respectfully submitted,

                                      <u>/s/ Matthew J. Piers</u>

Matthew J. Piers
Kalman D. Resnick
Joshua Karsh
Christopher J. Wilmes
Hughes, Socol, Piers, Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, Illinois 60602

                                      <u>/s/ James A. McKenna</u>

James A. McKenna
Peter R. Bulmer
Jason A. Selvey
Jackson Lewis LLP
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601