IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant. | Case No. 09 CV 6178<br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge Susan Cox |
| TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC.,<br><br>Defendant. | Case No. 10 CV 7002<br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge Susan Cox |

Having reviewed the parties' second joint motion to issue corrected notice to certain class members, the Court orders as follows:

1. The Parties' Second Joint Motion to Issue Corrected Notice to Certain Class Members and To Extend Deadlines for Submitting Claim Forms, Objections, and Opt Out Notices For Those Class Members is granted.

2. The Settlement Administrator shall mail to each of the class members who the parties have identified as having been assigned to the wrong Participant Group the letter attached as Exhibit 1 to the parties' Second Joint Motion to Issue

Corrected Notice together with a corrected class notice corresponding with the Participant Group to which the class member should have been assigned.

3. For each class members who the parties have identified as having received a correct notice in a envelope that was mislabeled, the Settlement Administrator shall mail the class member another notice in a correctly labeled envelope together with the letter attached as Exhibit 2 to the parties' Second Joint Motion to Issue Corrected Notice.

4. The new batch of class notices shall inform the class members that their claim forms, objections, opt-outs, or notices of intent to appear at the final fairness hearing, must be returned post-marked no later than August 15, 2011. The notices also shall reiterate to class members that the listed number of individuals in each Participant Group is "Approximate." Finally, the notices shall inform class members that the final fairness hearing in this matter is scheduled for September 6, 2011.

5. From this point forward, if the Settlement Administrator mails class notice to any class member, the class member shall be mailed a notice identifying August 15, 2011 as the deadline for submitting claims forms, objections, opt outs, or notices of intent to appear at the final fairness hearing.

6. This matter is set for a final fairness hearing to be held on August 1, 2011. At the conclusion of the August 1, 2011 court hearing, the final fairness hearing will be continued until September 6, 2011 at 9:30 a.m.

So ordered,

July 8, 2011
Entered

United States District Court Judge

**EXHIBIT 3**