IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant. | Case No. 09 CV 6178<br><br>Judge Rebecca Pallmeyer<br>Magistrate Judge Susan Cox |
| TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC.,<br><br>Defendant | Case No. 10 CV 7002<br><br>Judge Rebecca Pallmeyer<br>Magistrate Judge Susan Cox |

**PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on March 15, 2011. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit D to that Memorandum.

WHEREFORE, the Plaintiffs ask the Court to enter the order attached as Exhibit D to

Plaintiffs' Memorandum in Support of Their Uncontested Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

                                              Respectfully submitted,

                                              /s/   Christopher J. Wilmes

Matthew J. Piers (No. 2206161)
Kalman D. Resnick (No. 2318482)
Joshua Karsh (No. 6203096)
Christopher J. Wilmes (No. 6287688)
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100