*αEE*

**FILED**

SEP 07 2011
SEP 07 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, )<br>And WILLIAM GARRAUGHTY, )<br>individually and on behalf of )<br>all others similarly situated, )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>FIRST TRANSIT, INC. )<br> )<br> Defendants. ) | Case No. 09 CV 6178<br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge Susan Cox |

| | |
|---|---|
| TASHA JOSHAWAY, )<br>MICHAEL YURKOWSKI, GEORGE )<br>BECKETT, DEBBIE GOIN, and PENNIE )<br>JOHNSON, individually an on )<br>behalf of all others similarly situated, )<br> )<br> Plaintiffs, )<br> )<br> v. )<br> )<br>FIRST STUDENT, INC., )<br> )<br> Defendant. ) | Case No. 10 CV 7002<br><br><br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge Susan Cox |

## NOTICE OF FILING OF OPT-OUTS BY THE SETTLEMENT ADMINISTRATOR

Pursuant to §IV.F.2.B. of the Settlement Agreement entered into by the parties, the Settlement Administrator is required to file with the Court all opt-outs it receives.

Attached as Exhibit A are the 1,240 timely opt-outs received by the Settlement Administrator, as referenced in ¶¶15-16 and Appendix 1 of the Declaration of Mark Patton. Attached as Exhibit B are the 12 untimely opt-outs received by the Settlement

Administrator, as referenced in ¶¶15, 17 and Appendix 2 of the Declaration of Mark Patton.

In addition, the Settlement Administrator received opt-outs from attorney Hunter Pyle for people whom it could not locate in the list of class members provided by the parties. In an abundance of caution, the Settlement Administrator also submits those opt-outs to the Court, attached hereto as Exhibit C.

Dated: September 2, 2011                    Respectfully submitted,

                                            **SETTLEMENT SERVICES, INC**
                                            Settlement Administrator
                                            *Hunter, et al. v. First Transit, Inc.*
                                            *Joshaway, et al. v. First Student, Inc.*

                                            Loree Kovach
                                            Settlement Services, Inc.
                                            2032-D Thomasville Road
                                            Tallahassee, FL 32308
                                            Telephone: (850) 385-6216
                                            Fax: (850) 385-6008

# Exhibit A

CRIMINAL BACKGROUND CHK                    6-11-11
                        CLASS ACTION Settlement
"I understand that I am requesting to
be excluded from the class monetary
settlement and the claims process
And that I will receive No money from
the settlement"

        LARRY R. AHRENS
        313 VENUS DR
        GODFREY, IL 62035-2368

        *Larry R. Ahrens* (signature)

Received By

JUN 1 6 2011

Settlement Services, Inc.

I, William Aldridge, understand that I am Requesting to be excluded from the class monetary settlement and the claims process and that I will recieve no money from the settlement."

Signature <u>William Aldridge</u>

address: William Aldridge
1624 Inner Circle Drive
Crest Hill, Illinois 60403

RECEIVED
JUN 1 0 2011
BY:

United States District Court for the
Northern District of Illinois
Re: Oct 5, 2007 - Aug 10, 2010 criminal background
— First Transit — check
" I understand that I am
Requesting to be excluded from
the class monetary settlement
and the claims process and I
will recieve no money from the
settlement."

Linda Mercy Anzel
1573½ Pine St
Paso Robles, Ca. 93446

Signed →

Linda M. Anzel

5/22/11

* copy filed LMA

re: Fair Credit Reporting Act

RECEIVED
JUN 0 6 2011

6-3-2011.

To whom it May concern.
I understand That I Am
Requesting To be excluded from
The class Monetary SetTlement
and The claims process and That
I will Receive no Money From
The SetTlement

Jose Arman.

att Jose Arman.

425 Jackson. ave.
STraTford, cT. 06615.

RECEIVED
JUN 0 6 2011
BY:

May 6, 2011

To: Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Lezlie J. Armstrong
P. O. Box 700
Taylor, AZ 85939-0700

Received By

MAY 1 2 2011

Settlement Services, Inc.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

*Sherrie L Ball*

Sherrie L. Ball
3116 Joyce Lane
St. Joseph, MO 64503

Received By

MAY 1 8 2011

Settlement Services, Inc.

5-2-11

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sharon Batman
19830 Blaine Ave
Wayzata, Mn. 55391

Sharon Batman

Received By

MAY 5 5 2011

Settlement Services, Inc.

May 2, 2011

Re: First Group FCRA Case

To whom it may concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Matthew Bebout
910 Pond Court
Lebanon, OH 45036

MAY 0 3 2011

Settlement Services, Inc.

May 23, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

Re: First Student or First Transit criminal background check report
obtained between October 5, 2007 and August 10, 2010

<u>Exclusion Letter</u>

"I understand that I am requesting to be excluded from the class
monetary settlement and the claims process and that I will receive
no money from the settlement."

Sincerely,

John P. Bergeron
4 Orchard Drive
West Redding, CT 06896

RECEIVED
MAY 2 6 2011
BY:

20 JUNE
2011

TO SETTLEMENT ADMINISTRATOR

RE: FIRSTGROUP FCRA CASE

I UNDERSTAND THAT I AM
REQUESTING TO BE EXCLUDED FROM
THE CLASS MONETARY SETTLEMENT,
AND THE CLAIMS PROCESS, AND
THAT I WILL RECEIVE NO MONEY
FROM THE SETTLEMENT.

*Donald C Beyer*

DONALD C BEYER
2059 E 37TH ST
LORAIN OH 44055

RECEIVED BY

JUN 23 2011

SSI

(Middle) 7110

Addr

5/3/11

I understand that I am requesting to be excluded from the Class monetary settlement and the claims process and that I will receive no money from the settlement.

Leon J. Bryandus Jr

321 Smith Rd
Groton, NY 13073

Received By

MAY · · 20

Settlement Services, Inc.





June 28, 2011

RECEIVED BY

JUL 0 1 2011

**SSI**

Jorel Boler
42 Liberty St
Kingston, NY 12401

RE: Excluding From the Settlement

I Jorel Boler am requesting to be excluded from the class monetary settlement
and the claims process I understand that I will receive no money from the
settlement.

Sincerely,

Jorel Boler

Jorel Boler

June 21, 2011

Pamela Boler
42 Liberty Street
Kingston, New York 12401

To: Settlement Administrator,

I Pamela Boler am requesting to be excluded from the class monetary settlement and the claims process. And I understand that I will receive no money from the settlement.

Sincerely,

Pamela Boler

**RECEIVED BY**

JUN 2 7 2011

**SSI**

5-4-11

Settlement Administrator,

I understand that I am
requesting to be excluded from the class
monetary settlement and the claims process
and that I will recieve no money from the
settlement.

Constance Boyer
7078 EASTON RD
PIPERSVILLE PA 18947

Constance Boyer

( New ADDRESS:
  3804 HEATH HILL RD
  P O BOX 192
  New ALBANY, PA. 18833 )

Received By

MAY 1 2 2011

Settlement Services, Inc.

6-22-11

TO WHOM IT MAY CONCERN:

I UNDERSTAND THAT I AM REQUESTING to be excluded from the Class monetary settlement and the claims Process that I will receive NO money from the settlement.

Sincerely,

Eric Brown

2358 JONES RD. N.W.
ATLANTA, GA 30318

RECEIVED BY

JUN 24 2011

SSI

5/28/11

Darlene Bryden
33 Hates St
Holyoke, Mass 01040

I understand that I am
requesting to be Excluded from the
Class monetary settlement and the
claims process and that I will
receive no money from the settlement.

Thank you,
Darlene Bryden
DARLENE R BRYDEN

RECEIVED
JUN 0 6 2011

5/28/11

James Bryden
33 Hates st.
Holyoke, Mass 01040

I Understand that I am requesting
to be Excluded from the class
monetary settlement and the claims
process and that I will receive no
money from the settlement.

Thank you

RECEIVED
JUN 0 6 2011





David  Burbage

May 4, 2011

24 SPRING ST APT1

Middletown, NY 10940

TO:  Settlement  Administrator First Group FCRA case

p.o.  Box  10564 Tallahassee, FL 32302-2564

I  am sending this letter to exclude my self from the settlement case.

I understand  I am requesting to be excluded from the class monetary

Settlement and the claims process and that I will receive no money from the settlement.

X _____

David Burbage

Received By

MAY 1 0 2011

Settlement Services, Inc.

June 3, 2011

To whom it may concern,

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Respectfully,

Glenda L Burke

GLENDA L. BURKE
4800 BARGER DR #85
EUGENE OR 97402

RECEIVED
JUN 1 0 2011

Stanley Burns
2915 Eagle Lake
Pearland, Tx 77581
burns4upressure@sbcglobal.net


To: Settlement Administrator-


I Stan Burns, understand that I am requesting to be excluded from the class
monetary settlement and the claims process and that I will receive no money
from the settlement.


Sincerely,
Stan Burns

*Stanley Burns*
5 - 26 - 2011

RECEIVED
MAY 3 1 2011
BY:

May 19, 2011

"I Keona L Cameron understand that I'm requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

Keona L Cameron
P.O. Box 6233
Hyattsville, Maryland 20782

signature: Keona L Cameron

RECEIVED
MAY 2 3 2011

3 Perot Ave.
Cherry Hill, N.J. 08003
June 25, 2011

**RECEIVED BY**

JUL 0 1 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

**SSI**

Dear Administrator:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

*Ernest Cammack*

Ernest Cammack

# LETTER OF EXCLUSION

May 14, 2011

To whom it may concern,

My name is Natasha Charles, and I'm writing to exclude myself from the class action law suit against First Student, First Transit, and any other affiliate. "I understand that I am requesting to be excluded from the class monetary settlement and claims process and that I will receive no money from the settlement."

Natasha Charles

6 N. Sunflower Rd.

Natchez, MS. 39120



Jairo Chavarriaga
305 Greenville Ave
Trenton NJ 08638
609. 7714375.
5/10/2011

Gentlemen:

After Talking to my shop Stewart, I decided that I don't wish To be an active participant in the lawsuit against First Group. For a criminal check against Employees.

I misunderstood the letter and thought I was obligated To participate, but Now I know otherwise.

So please Scratch My name from the list of people Seeking monetary compensation from This Law suit.

Please Exclude me from settlement →

Advance thanks, Your Truly,

Received By

MAY 1 6 2011

Settlement Services, Inc.

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2464


Joni J. Cleveland
1453 Dorene Boulevard
Carter Lake, IA 51510


May 23, 2011


To Whom It May Concern:

I understand that I am requesting to be excluded from the class monetary
settlement and the claims process and that I will receive no money from the
settlement.

Yours,

Joni J. Cleveland

THERESA HAWKINS
Commission Number 746670
My Commission Expires
April 30, 2013

RECEIVED
MAY 3 1 2011
BY:

Administrator:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

John A Compton

RECEIVED BY

JUN 21 2011

CCI

MARCO COSMA
305 Summit Ave Apt. 4
CONSHOHOCKEN, PA 19428

TO  Settlement Administrator
FIRST GROUP FCRA CASE
P.O. Box 10564
TALLAHASSEE, FL 32302-2564

MAY 21 2011

I understand that I am requesting to be excluded from the class
monetary settlement and the claims process and that I will receive
no money from the settlement _

Marco Cosma

RECEIVED
MAY 2 5 2011
BY:

**RECEIVED BY**

**JUN 3 0 2011**

**SSI**

Pamela L. Cote
264 Merriam Hill Road
Mason, NH 03048

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

June 25, 2011

To whom it may concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Respectfully,

Pamela L. Cote

May 3, 2011

To Whom it May Concern,

I understand that I am requesting to be excluded from the Class monetary settlement and the claims process and that I will receive no money from the settlement.

P.S. I was informed of criminal background check & I would expect that for this type of job.

William A. Dayton

William A. Dayton
First Transit Milwaukee Wi.

Received By

MAY 06 2011

Settlement Services, inc.

Settlement Administrator
first Group FCRA Case
PO Box 10564
Tallahassee FL.
32302

Joseph f Deajay
PO Box 520
Oneco Ct.
06373

I understand that I am requesting to be excluded from the class monetary settlement and the claims process as described in your mailing and that I will recieve no money from the settlement.

Thank You

Joseph f Deajay

**RECEIVED BY**

JUL 0 1 2011

**SSI**

JUNE 21, 2011

RECEIVED BY

JUN 24 2011

SSI

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

Dear Settlement Administrator:

Please "EXCLUDE ME" out of
Settlement Class D.

I understand that I am requesting
to be Excluded from the class
monetary settlement and the claims
process and that I will receive
NO MONEY from the settlement.

The reason I am choosing this option
is that First Transit, Inc. hired
a New Employee from First Student, a
black male, and started his PAY AT $16.00
per hour. When I was hired 2 years
ago with 5 years of TRANSit Driving
Experience, NOT school bus Experience,
I was paid $11.00 per hour. I am a white
female & divorced. This is INCONSISTENT
with both Employment law and union
Rules (Teamsters). He WAS hired After me.
by FIRST TRANSIT

I Also feel that NOT Allowing Employees

Kimberly L. Dobis – First Group FCRA Case
Excusion letter – First Transit, Inc.
Page 2 of 2

To Collect separately on each violation
commited on them ~~it~~ is cruel and
unusual punishment.

So now I ~~—~~ am forced to opt
out of this class action settlement
because of what happened to me at
First Transit, Inc. As described above.

Sincerely,

Kimberly L. Dobis

Kimberly L. Dobis
3359 Coachman Road #103
Eagan, MN 55121
651-324-5556 (cell)

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will recieve no money from the settlement "

Henry Doller
8 Center Rd
Port Jervis NY. 12771

Henry Doller
May 2, 2011

Received By

MAY 0 6 2011

Settlement Services, Inc.



May 11, 2011

To: Settlement Administrator
    First Group FCRA Case
    P.O. Box 10564
    Tallahassee, FL 32302-2564

Re: Opting Out of lawsuit Against First
Student or First Transit.

"I understand that I am requesting
to be excluded from the class mone-
tary settlement and the claims process
and that I will receive no money
from the settlement."

Frances Dorris          signed Frances Dorris May 11, 2011
                        witness Monica Davidson

Received By

MAY 6 2011

Consumer Services, Inc.

5-3-11

I understand that I am
requesting to be excluded
from the Class Monetary
settlement and the claims
process and that I will not
Receive no money, from the
Settlement. First Student
Had my promission for a
Back ground check.

Thank you

Lensla L DaBon
4025 Southeastern ave
Indeanapolis, In. 46203

Lensla L DaBon 5-3-11

Received By

MAY 03 2011

Settlement Services, Inc.

To: Settlement Administrator
(First Transit, First Student)

First Group FCRA Case

PO Box 10564

Talahasee, FL. 32302-2564.

"I understand that I am requesting to be excluded from case monetary settlement and the Claims process and that I will receive no money from the settlement."

From: Ronald S Duncan
4147 Crimson Ct.
Hoffman Estates, Illinois
60192-1210

Received By

MAY 16 2011

Settlement Services Inc

Thank you,

Ronald S. Duncan

5·6·11

I (Eunique Ebbs) understand that
I am requesting to be excluded from
the class monetary settlement and the
claims process and that I will receive
no money from the settlement.

Eunique Ebbs
EUNIQUE EBBS
P.O. Box 870984
N.O. La. 70187
(504) 813·7684

Received By

MAY 0 9 2011

Settlement Services, Inc.

May 10, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

RE: First Group FCRA Class Action

Dear Sir:

I received your notice that I fall into Group D (Disclosure Group) of your class action
suit against First Transit. I am electing to exclude myself from your suit. I have suffered
no damage to my credit record or terms of employment from First Transit.

I understand that I am requesting to be excluded from the class monetary settlement
and the claims process and that I will receive no money from the settlement.

Sincerely,

*Robyn A. Ekstrand*

Robyn A. Ekstrand
1244 Ben Avon
Batavia, OH 45103

Received By

MAY 1 3 2011

Settlement Services, Inc.

Mr. John H. Ferber
45680 Clubhouse Dr
Temecula CA 92592-5934

5-3-2011

Social Secur

Add

DEAR SIR,

I WILL BE EXCLUDING
MY SELF FROM THE FIRST
TRANSIT LAW SUIT.

Sincerely,

John H. Ferber, Jr.

JOHN H. FERBER, JR

Received By

MAY 09 2011

Settlement Services, Inc.

Received By

MAY 09 2011

Settlement Services, Inc.



5-21-11

To WHOM IT MAY CONCERN:

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

ANNA Fiorillo
73 AUGUR ST.
HAMDEN, CT. 06517

Anna Fiorillo

RECEIVED
MAY 2 5 2011
BY:

5·21·11

To WHOM IT MAY CONCERN:

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

SALVATORE FIORILLO
73 AUGUR ST.
HAMDEN, CT. 06517

Salvatore Fiorillo

RECEIVED
MAY 2 5 2011
BY:

RECEIVED BY

JUN 23 2011

SSI

June 20, 2011

To: Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32702-2564

RE: First Student
And First Transit
Class Action
Settlement.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process, and that I will receive No money from the settlement. I am hereby "Opting Out."

Thank you!

Annette L. French
P.O. Box 562
Wood Dale, Illinois 60191

I understand that I am requesting to be excluded From this class monetary settlement, and the claims process and that I will receive no money From the settlement

NATHAN GASSMAN
4143 OLD NRPORT ROAD
HILLSBORO, TN.
~~3742~~ 37342

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

931-596-3631

Received By

MAY 13 2011

Settlement Services Inc

RECEIVED BY
MAY 05 2011

May 02, 2011

To whom it may concern,

This letter is in reference to: First Group FCRA Class Action Suit
I understand that I am requesting to be excluded from the class monetary settlement, the claims
process and that I will receive no money from the settlement.

Sincerely,

Chad H. Gay

912 Belleview Circle East
Beaufort, S.C. 29902

I Kaila Gentry understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

KAILA GENTRY
43 S. CRAWFORD ST.
DANVILLE,IL. 61832


*Kaila Gentry* 5-17-11

RECEIVED
MAY 2 3 2011
BY:

May 5, 2011

Sarah Gibson
2900 Orangeville Center Rd
Warsaw NY 14569

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee FL 32302

To whom it may concern

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement

Sincerely

Sarah E. Gibson
Sarah E. Gibson

Rebecca L. Giese

June 21, 2011

3665 Collegiate Way

New Franken WI 54229

To Settlement Administrator,

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

*Rebecca L Giese*

**RECEIVED BY**

JUN 27 2011

**SSI**

May 4, 2011


Frank I Gigliotti
4313 Harvard Rd
Erie, PA  16509


To Whom It May Concern:


I understand that I am requesting to be excluded from the class
monetary settlement and the claims process and that I will receive
no money from the settlement.


Sincerely,

Frank Gigliotti

Frank I Gigliotti

Received by

MAY    2011

5-03-2011

Dear Settlement Administrator;

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

John D Gosselin
2446 Aldrich Ave. So.; Unit 306
Minneapolis, MN  55405-2921

John D. Gosselin

Received By

MAY 13 2011

Settlement Services, Inc.

May 6, 2011


Settlement Administrator
First Group FCRA Case
PO Box 10564
Tallahassee, FL 32302-2564

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Timothy P. Griffin
31 Center Street
North Walpole, NH 03609

Received By

MAY      2011

Settlement Services, Inc.

May 18, 2011

To whom it may concern,

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Aram Hagopian
P.O. Box 243
Sandown, NH 03873
603-231-1788

RECEIVED
MAY 2 7 2011
BY:

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

June 20, 2011

Gentlemen, it is my understanding, in requesting to be excluded from the class monetary settlement and the claims process, I will receive no money from the settlement.

Respectfully,

T.C. Hairston
P.O. Box 1601
Buffalo, N.Y. 14215

RECEIVED BY

JUN 2 4 2011

SSI

May 22, 2011

To the Settlement Administrator:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Candice Hammond
33 N. Main St. 11F
Lombard, IL 60148
Candice D Hammond



RECEIVED
MAY 26 2011
BY:

6-27-11

To whom it may concern,

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Jeffrey G. Handy

Jeffrey G. Handy
7501 S.V.L Box
Victorville, Ca
92395    760-843-2979

RECEIVED BY

JUN 3 0 2011

SSI

**Marleen F Harmon**
**739 Bluejay Circle**
**Elk Grove Village, IL 60007~6914**
**847-895-1120**

June 8, 2011

Settlement Administrator
First Group FCRA Case
PO Box 10564
Tallahassee, FL 32302~2564

**To Whom It May Concern:**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Marleen F Harmon

MFH/mfh



**Settlement Administrator**
**First Group FCRA Case**
**P.O. Box 10564**
**Tallahassee, FL  32302-1564**
**(877) 296-8543**

May 24, 2011


RECEIVED
JUN 0 6 2011
BY:

Patricia Anne Herbert
P.O. Box 1874
Vashon, WA  98070

RE:    First Group FCRA Settlement, Case No. 09 CV 6178 and 10 CV 7002

Dear Ms. Herbert,

Based on a telephone call you had today with a phone agent in our office, it is our understanding that you wish to withdraw the Claim Form that you submitted. Additionally, we understand that you may wish to exclude yourself from the settlement. This letter is to reiterate to you that we can not withdraw your Claim Form based only on your oral instructions.  If you do not wish your Claim Form to be considered, you must submit that request to us in writing.

If you wish to withdraw your claim, you must submit a letter with your full name, your mailing address, your current address and your Social Security Number.  In the letter, you must clearly state that you wish to withdraw the Claim Form that you previously submitted.  Please note that if you do not submit a request to withdraw your claim, any timely, valid Claim Form that we receive from you will be considered.

Please note that even if you withdraw your claim, you will still be a member of the settlement class and will be bound by the release of claims contained in the settlement agreement entered into by the parties, although you will not receive any money from the settlement.  If you want to preserve your right to sue First Transit or First Student, you will need to follow the directions contained in Paragraph 10 of your notice in order to exclude yourself from the settlement.

If you have any questions about this, please feel free to call us between nine and five-thirty, Eastern Time at (877) 296-8543.

Sincerely,

Misty McKinnon
Project Staff

I take it that this letter is considered a legal document to me and will also be when I return it to you. Following are my statements on 6-1-11: (1) I do not want to be apart of this case or cases, (2) I refuse to give you my current address — the address where I am living, (3) I refuse to give you my Social Security number, (4) I have never "submitted" a Claim Form, (5) I do not in anyway want to help you with this group lawsuit,

(6) On my phone conversation it was first follow Paragraph 6 and now it is Paragraph 10. I was initially told to write on the form that I wished to be excluded which I did and apparently has been ignored by you, (7) I WISH TO EXCLUDE MYSELF FROM THE SETTLEMENT, and (8) Please don't bother me again.

~ Patricia Anne Herbert

Sent by Certified Mail
June 3, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

        Re:    First Student and First Transit Class Action / First Group FCRA Case
                U.S. District Court for the Northern District of Illinois
                Hon. Rebecca Pallmeyer

Dear Settlement Administrator:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Francisco Hernandez
8330 Glenoaks Blvd
Sun Valley, California 91352


RECEIVED
JUN 0 6 2011
BY:

Maria Elise Hill
7850 Stonegate Dr. #907
Cincinnati, OH 45255

May 13, 2011

Settlement Administrator
First Group FCRA Case
PO Box 10564
Tallahassee, FL 32302

To Whom It May Concern:

I understand that I am requesting to be excluded from the class monetary
settlement and the claims process and that I will receive no money from the
settlement.

Maria Elise Hill

SS#
(XX-XX-5221)

RECEIVED
MAY 3 1 2011
BY:

June 17. 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Lucille I. Hoffmann
46 Black Oak Lane
Fenton, Missouri 63026

LUCILLE I. HOFFMANN

RECEIVED BY

JUN 20 2011

SSI

Oh FOR Heavens sake I WISH TO BE excluded FROM the Class monetary settlement and the Claims process + "I Will NOT Be saying show me the money" FROM the Settlement,

sincerly,

Charmaine Holmes
78661 BAll AVE.
Harrison, Michigan
48625

Received By

MAY 09 2011

Settlement Services, Inc.

June 16, 2011

**RECEIVED BY**

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

JUN 2 3 2011

**SSI**

To Whom It May Concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

SARETTA HORN
107 ZENITH POINTE AVE
NORTH LAS VEGAS, NV 89033

(Last)

To exclude yourself from the settlement, you must mail a signed letter stating:

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

The letter must contain your name, address, and signature. Your letter must be sent to the Settlement Administrator at the address below and postmarked no later than **June 28, 2011:**

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564.

If you mail a letter requesting to exclude yourself from the settlement, you will be excluded from the settlement, **you will not get any settlement award,** and you **cannot** object to the Settlement. However, you will not be legally bound by anything that happens in this lawsuit.

I want no part of this

Delvan Horstman
8349 Ida Ave
Sparta, WI 54656-5802

Delvan Horstman
5-4-2011.

Settlement Administator:

I understand that I am requesting to be excluded from the class monetary Settlement and the claims process and that I will recieve no money from the Settlement.

Sincerly

Steven B Hull

Steven B Hull
7460 Winona Ct
Westminster Co 80030
S.S.N 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   05-01-1959

**RECEIVED BY**

JUN 2 9 2011

**SSI**

Steven Im
14916 Normandy Blvd.
Bellevue, NE 68123

May 2, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

Dear Sir or Madam:

I am opting out of the Settlement Class.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,
Steven Im

**RECEIVED BY**

JUN 2 7 2011

**SSI**

Jeremiah Jackson
46 Barrington Lane
Willingboro NJ 08046

I under Stand that I am requesting to be
excluded From the class monetary Settlement
and the claims process and that I will
receive no money From the Settlement.

Jeremiah Jackson

NORRIS JACKSON                    05-07-11
4200 W 34th #171
HOUSTON TX 77092

To: SETTLEMENT ADMINISTRATOR
     FIRST GROUP FCRA CASE
     P.O. BOX 10564
     TALLAHASSEE, FL 32302-2564

SUBJECT: "I UNDERSTAND THAT I AM
REQUESTING TO BE EXCLUDED FROM THE
CLASS MONETARY SETTLEMENT AND THE
CLAIMS PROCESS AND THAT I WILL RECEIVE
NO MONEY FROM THE SETTLEMENT.

                    SINCERELY,
                    Norris Jackson

Received By

MAY 12 2011

Settlement Services, Inc.

Kathie Renee Jamison

2255 S. Caldwell Ave.

Ontario Ca 91761

909-923-7363

To whom it may concern,

I understand that I am requesting to be excluded from a class monetary settlement and the claims process and that I will receive no money from the settlement.

Kathie Renee Jamison



RECEIVED
MAY 2 6 2011
BY:

May 2, 2011

To Whom It May Concern,

I, Levi Johnson Jr., living at 14015 Glastonbury Detroit, MI 48223, understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement

Thank You,

Levi Johnson Jr.

Received
MAY 0 6 2011
Settlement Services, Inc.

June 14, 2011

Settlement Administrator
First Group FCRA Case
PO Box 10564
Tallahassee, FL  32302-2564

To Whom It May Concern:

I thank you for sending me the information regarding my legal rights in regards to the First Transit and First Student issue with criminal background checks.

At this time, I am choosing to opt out of the settlement class that is offered in this case.  I am excluding myself from anything that the court may decide in this case.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

I am choosing to keep my options open for the future.

Thank you,

Eric Johnson
15555 NW 126th St
Platte City, MO  64079

RECEIVED BY

MAR 20 2011

SSI

May 4 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Natascha Johnson

NATASCHA JOHNSON
113 WASHINGTON ST APT 2
CENTRAL FALLS RI 02863

Received By

MAY 17 2011

Settlement Services Inc.

"I undersand that I am requesting to be excluded From
the CLASS monetary Settlement and the claims process and tha
I will receive No money from the Settlement.

05-07-2011

Guy L. JONES

7821 HAmpShiRE CiR N

BROoklyN PARk mN 55445

Received By

MAY 1 2 2011

Settlement Services, Inc.

I Lisa Jones understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

LISA JONES
46 S. CRAWFORD ST.
DANVILLE,IL. 61832

*Lisa Jones* 5-17-11

RECEIVED
JUN 0 6 2011
BY:



3705 SE 99th Avenue
Portland, OR 97266
Tel: 503 962 3355

May 3, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

Subject: Exclusion Letter

I understand that I am requesting to be excluded from the class monetary settlement and
the claims process and that I will receive no money from the settlement.

Respectfully,

John M. Joseph
3981 NE 39th Avenue
Portland, OR 97212-1925

Received By

MAY 13 2011

Settlement Services, LLC

A FirstGroup America Company
www.firsttransit.com

fatai King
P.O. Box 18884
Phila, Pa 19119
6|Thur 24| 11

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahasse, FL 32302-2564

To Whom It May Concern

Please do not include my name
in this law Suit. I am not interested
Thank you

**RECEIVED BY**

**JUN 3 0 2011**

**SSI**

Yours Sincerely,
fatai King

**To Whom it may concern:**                          **May 17, 2011**

     I understand I am requesting to be excluded from the class monetary settlement and the claims process and I will receive no money from a settlement.

Suejee Ko

**125 Carlyle Way**
**Fairbanks, AK 99709**



Settlement Administrator

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement

Carri Michelle Krueger
4620 F M 1339
Kingsbury Texas
78638

Carri M. Krueger

RECEIVED
MAY 2 3 2011
BY:

June 6, 2011
Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee FL 32302-2564

Settlement Administrator:

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

                                        *Shirley M. Kurtzweil-Mosher*
                                        Shirley M. Kurtzweil-Mosher
                                        2007 Zimmerman Street
                                        Wausau WI 54403



RECEIVED
JUN 1 3 2011
BY:

June 14, 2011


Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, Fl.. 32302-2564


To Whom It May Concern:

I understand that I am requesting to be excluded from the class monetary settlement and
the claims process and that I will receive no money from the settlement.


Yours truly,

Kaye L LaFond
14063 W Tiffany Pl.
New Berlin, Wi. 53151


RECEIVED BY

JUN 20 2011

SSI

William C. Lemon
613 Briar Lane
Norristown, PA
    19401

May 3, 2011

Settlement Administrator:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

William C. Lemon

# EXCLUDING YOURSELF FROM THE SETTLEMENT

**10. If I want to get out of the settlement, what do I do?**

If you don't want a settlement payment from this settlement, or if you want to preserve your right to sue First Transit or First Student on your own about the legal issues in this case, then you must take steps to get out of the settlement. This is called "excluding" yourself — or is sometimes referred to as "opting out" of the Settlement Class.

To exclude yourself from the settlement, you must mail a signed letter stating:

> "I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

The letter must contain your name, address, and signature. Your letter must be sent to the Settlement Administrator at the address below and postmarked no later than **June 28, 2011**:

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564.

If you mail a letter requesting to exclude yourself from the settlement, you **will** be excluded from the settlement, **you will not get any settlement award,** and you **cannot** object to the Settlement. However, you will not be legally bound by anything that happens in this lawsuit.

**11. What am I giving up to get an award or stay in the Class?**

Unless you exclude yourself, you will remain in the class and that means that you cannot sue, continue to sue, or be part of any other lawsuit against First Transit, First Student, FirstGroup America, Inc., FirstGroup plc (UK), First Vehicle Services, Inc., Laidlaw Transit, Inc., or Laidlaw Educational Services, Inc. about the issues in this case. This means that you will give up any claims that arise out of the facts that were alleged in this lawsuit, including any claims under state laws. This also means that, unless you exclude yourself, all of the Court's orders will apply to you and legally bind you.

Hi My name Fritzner leonard
I was mistaking sign the settlement My soc # 621567826
I don't have nothing to do with his
please want to exclude my self thank.

RECEIVED
MAY 26 2011
BY:

6

Julie Levetzow
3927 Chisolm Trail
Davenport, Iowa 52804

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Julie Levetzow
June 14, 2011

Received By

JUN 17 2011

Settlement Services, Inc.

May 5, 2011

 I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Thank you
Marcus Loggins

*Marcus Loggins*
*May, 5, 2011*

Received By

I MAY 0 9 2011

Settlement Services, Inc.

May 5, 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Thank you
Robin Loggins

Robin Loggins
5-5-11

Received By

MAY 09 2011

Settlement Services, Inc.

I BARRY LYMAN

WANT to OPT OUT OF
SETTLEMENT thank YOU
5-10-11

BARRY LYMAN
127 EATON WAY
CHERRY HILL NJ
08003
609-505-8417

Received By

MAY 16 2011

Settlement Services, Inc.

May 29, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

RECEIVED
JUN 0 6 2011
BY:

Dear Settlement Administrator:

My Name is Oliver Maldonado and I'm writing this letter to exclude myself from the class monetary settlement against First Transit.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely

Oliver Maldonado
1275 Lomita Rd
San Bernardino, CA 92405

May 11. 2011

TO:

Mr. Settlement Administrator I Barbara Martin wist to exculuded myself from the settlement claims process, I will not receive no money's from the settlement. However I will not be legally Bound by anything that happen in this lawsuit

Barbara Marten
PO Box 1784
Kelbusn Ga 30048

Thank you

Received By

MAY 16 2011

Settlement Services, Inc.

May 16, 2011

Dear Settlement Administor:

I understand that I am requesting to be excluded from the class monetary settle-ment and the claims process and that I will receive no money from the settlement

Sincerely,
Cloyd Martin

Address: Cloyd Martin
996 W. Ridge Rd.
Elizabethtown, PA 17022-8521

Received By

MAY 23 2011

Settlement Services, Inc.

Settlement Administrator
PO Box 10564
Tallahassee, FL 32302-2564

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Raymond Martin
219 Datura Drive
Pittsburgh, Pa

Raymond Martin



To whom it may concern:

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

Leneda Maxey
5022 Cassandra Lane #C
Indpls, IN 46241

RECEIVED
MAY 2 7 2011
BY:

4975 Route 982
Latrobe, PA 15650-2387
May 17, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-3564

To Whom It May Concern:

I am writing this letter in regard to the class action lawsuit concerning the actions of First Student or First Transit.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Thank you for your trouble regarding this matter.

Very Truly Yours,
Jane McDonald

Received By
MAY 2 3 2011
Settlement Services, Inc.

June 14- 2011

Settlement Administrator
First Group FCRC Case

I understand that I am requesting to be excluded from the Class monetary settlement and the claims process and that I will receive no Money from the settlement

Auella McGuirk
808 East Hust St.
Salem, Mo. 65560

Received By

JUN 17 2011

Settlement Services, Inc.

Ms. Helen McKelvey
1346 W. 22nd St.
Erie, PA 16502

Home Phone - 814-790 4756
Cell Phone - 814·873 5157 7

I under stand That I am re questing to be Excluded
from the class monetary settlement and the claims
Process and that I will receive no money From
the settlement. Please remove my name from the List

Helen McKelvey

Received By

MAY 19 201

Settlement Services

Settlement Administrator,

My name is Melissa Melser, my address is 15625 Avocet St. NW, Andover, MN 55304 and "I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement." Thank you for your time.

Sincerely,

*Melissa M. Melser*

Melissa M. Melser

Received By

MAY 03 2011

Settlement Services Inc.

Excluding myself          June 23, 2011
referred to: opting out of
the Settlement class:

To whom it may concern:

I understand that I am
requesting to be excluded from
the class monetary settlement
and the claims process and
that I will receive no money
from the settlement.

Joyce Meredith
1911 16th Ave #7
Neptune, N.J.
      07753                    Thank you.

                        Joyce Meredith


RECEIVED BY

JUN 2 8 2011

SSI

June 14, 2011

James Tut Miak,
P.O. Box 48281,
Coon Rapids, MN 55448


Settlement Administrator,
First Group FCRA Case,
P.O. Box 10564
Tallahassee, FL 32302-2564


## RE: FIRST GROUP FCRA CLASS ACTION

Dear Sir/Madam,

Please take notice that I wish to exclude myself from the settlement reached in the above case.

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I understand that I will receive no money from the settlement.

I wish not to be bound by anything that happens in the lawsuit.


Yours truly,

James Tut Miak


CC: Henry M. Ongeri, Esq.
The Transatlantic law Firm, PLLC
7515 Wayzata Boulevard, Suite 131
Minneapolis, MN 55426


**RECEIVED BY**

JUN 20 2011

**SSI**

05-07-11

SETTLEMENT ADMINISTRATOR
FIRST GROUP FCRA CASE
P.O. BOX 10564
TALLAHASSEE, FL. 32302-2564

FROM;

Lana Miles
52885 NW 4th Street
Scappoose, OR 97056

I AM A RETIRED SCHOOL TEACHER. FINGER PRINTING THROUGH THE SCHOOL DISTRICT INCLUDES A CRIMINAL BACKGROUND CHECK. THEREFORE, I ASSUMED THAT A CRIMINAL BACKGROUND CHECK WOULD BE DONE AS WELL AS DRUG TESTING WHEN I APPLIED FOR A POSITION WITH TRIMET LIFT SERVICE/FIRST TRANSIT.

PLEASE EXCLUDE ME FROM THE SETTLEMENT.

"I UNDERSTAND THAT I AM REQUESTING TO BE EXCLUDED FROM THE CLASS MONETARY SETTLEMENT AND THE CLAIMS PROCESS AND THAT I WILL RECEIVE NO MONEY FROM THE SETTLEMENT."

THANK YOU -

Lana Miles

Received By

MAY 13 2011

Settlement Services, Inc.

To Whom it may concern:                          10 May 2011

I understand I am requesting to be excluded from the class monetary

settlement and the claims process and I will receive no money from a settlement.

Andrin Mitchell
P.O. Box 83751
Fairbanks, AK 99708-3751
First Student employee- Fairbanks, Alaska

Received By

MAY 1 6 20

Services, Inc

5 May 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, Florida 32302

Dear Madam or Sir,

My name is Benjamin F. Morton and currently employed by First Transit in San Marcos, Texas. I have received notification of the proposed settlement in the First Group FCRA case.

I am requesting to be exclude from the settlement and wish to opt out of the proceedings. I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Benjamin F Morton
1228 W San Antonio St.
San Marcos , Texas 78666

Received By

MAY 0 9 2011

Settlement Services, Inc.



June 10, 2011

Pamela Moultrie
65 Platt Street
Bridgeport, CT 06606

The Settlement Administrator
First Group FCRA Case
PO Box 10564
Tallahasssee, FL 32302-2564

Re:     Settlement Letter (First Student)

To whomever it may concern,

This is to notify you that I am sending this letter requesting that you exclude me from the settlement
with First Student because I had file a similar case against First Student for firing me with the US Federal
District Court and it still pending .

I plan on working out a settlement with my attorney that I hired to help represent me in Hartford,
Connecticut First District Federal Court.

Yours truly,

Pamela Moultrie

May 3, 2011


Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564


Dear Settlement Administrator,

I understand that I am requesting to be excluded from the class monetary settlement
and the claims process and that I will receive no money from the settlement.


Sincerely,

Sara Mulhauser
4721 Howard Avenue
Cincinnati, OH 45223


Received By

MAY 2011

Settlement Services

5/29/2011

From: Lisa Murk
PO Box 659
Sandwich MA
02563

To: Settlement Administration

I understand that I am requesting
to be excluded from the class
monetary Settlement and the
claims process and that I will
receive no money from the settlement

Signed on 5/29/2011
by Lisa Murk
0348574

RECEIVED
JUN 0 8 2011
BY:

Settlement Administrator

First Group FCRA Case

P.O.Box10564

Tallahassee,FL.32302-2564

5/9/11

To whom it may concern;

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

*Constance Nash*

Constance Nash

3801 w.13th st.n #1004

Wichita,Kansas

67203

Received By

MAY 1 6 2011

Settlement Services, Inc.

6/21/2011

To: Settlement Administrator
From: PAUL J. NAZAROW
REF: "EXCLUDING" "OPTING OUT"

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Paul J. Nazarow

Paul J. Nazarow
P.O. Box 6171
Wauconda, IL 60084

**RECEIVED BY**

JUN 2 4 2011

**SSI**

To: Settlement Administrator

From: Gene Nelson
       4843 San Francisco
       St. Louis, Mo. 63115-2032

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

*Gene Paul Nelson*

RECEIVED BY

MAR 20 2011

SSI

RECEIVED BY

JUN 2 7 2011

**SSI**

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

June 16, 2011

Ref: First Group FCRA Case

To whom it may concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Patrick O'Brien
5805 Golden Valley Road
Golden Valley, MN 55422-4411

5-11-11

MATTHEW Q. OFFERLE
1750 CLARK DR.
ERIE, CO. 80516
(303) 304-5246

To Whom it may Concern,

I understand that by writing this letter,
I am requesting to be excluded from
the class Monetary Settlement and the
Claims process and that I will receive
NO money from the Settlement. Dont
get me wrong, I love money as much
as the next guy, its just I
prefer an honest wage for an
honest days work. Someone at
first ? Screwed up — didnt follow
procedure, or policy. An honest mistakee(s)
that parties are exploiting for money.
G R E E D!! No Thanks —

    Sincerely,
        Matthew O

Received By

MAY 1 6 2011

Settlement Services, Inc.

May 13, 2011

To the Settlement Administrator,

   I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Marylou Olson

723 Falcon Crest Court

Galloway, N.J. 08205

Received By

MAY 2 3 2011

Settlement Services, Inc.

May 5th, 2011

To whom it may concern,

I am excluding myself from this claim and I do understand (not) I will not recieve anything or will be bind to anything of this case. Thank you,

Karen Perics

405 12th Ave
Rock Falls, Il. 61071

Received By

MAY 09 2011

~~document services, inc.~~

June 26, 2011

Kurt M. Peters
11272 Crakett Rd.
Roscoe, Il 61073

**RECEIVED BY**

JUN 30 2011

**SSI**

Settlement Administrator
First Group F.C.R.A. Case

Dear Sir or Mam :

   I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Sincerely,

Kurt M. Peters
KURT M. PETERS

5-21-11

I Barbara Pfingston do not want to be in this Lawsuit. Please "Exclude" me.

Thank you
Barbara Pfingston

RECEIVED
MAY 2 5 2011
BY

I understand that I am requesting to be excluded from Class Monetary Settlement and the Claims Process and I will receive no money from the settlement.

Todd H Phillips
569 Quixote Ave
Lakeland MN 55043

Todd H Phillips

Received By

MAY 17 2011

Settlement Services

Todd H Phillips
569 Quixhote Aven
Lakeland, MN 55043

I understand that I am requesting
To be excluded from Class Monetary
Settlement and the Claims Process
and that I will recieve No money
from the Settlement.

Todd H Phillpss

RECEIVED
MAY 2 3 2011
BY:

I UNDERSTAND THAT I AM REQUESTING

TO BE EXCLUDED FROM THE CLASS

MONETARY SETTLEMENT AND CLAIMS

PROCESS AND THAT I WILL RECEIVE

NO MONEY FROM THE SETTLEMENT.

JOHN PIWNICKI
4555 FLEMING ST.
PHILA. PA. 19128

**RECEIVED BY**

JUL 0 1 2011

**SSI**

6/24/11

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Exclusion from First Group FCRA case

Debi Flamenca

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

Received By

MAY 0 9 2011

Settlement Services, Inc

*[signature]* Jamie J. Porubsky

**JAMES PORUBSKY**
**18700 ANITA CT**
**BROOKFIELD WI 53045-4229**

PETER A. PRZYSTEPSKI                    MAY-15-2011

W.138 S.7067 SHERWOOD CIR.
MUSKEGO,WI. 53150



SETTLEMENT ADMINISTRATOR,

I UNDERSTAND THAT I AM REQUESTING TO
BE EXCLUDED FROM THE CLASS MONETARY
SETTLEMENT AND THE CLAIMS PROCESS
AND THAT I WILL RECEIVE NO MONEY FROM
THE SETTLEMENT.



THANK YOU.



Received By

MAY 19 2011

Settlement Services, Inc.

To whom it may concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will recieve no money from the settlement

ROBERT PYNE
804 overview DR LV, NV 89145

Robert Pyne

Received by

MAY 1 3 2011

Settlement Services, inc.

James Quaden
9-7 Ely Park Blvd.
Binghamton, NY 13905
May 5, 2011

Settlement Administrator
FirstGroup FCRA Case
P.O. Box 10564
Tallahasse, FL 32302-2564

Re: James Quaden's Option to Opt Out

To Whom It May Concern:

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement..

Sincerely,

James Quaden

James Quaden

Received By

MAY 0 3 2011

Settlement Services, Inc.

May 12, 2011

'whom it may concern,

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Mrs. Barbara A. Read
197 Foreman Rd.
Elizabethtown, Pa.
17022

Received By

MAY 17 2011

Settlement Services, Inc.



6-12-2011

I, KIERSTON REUER, EXCLUDE

MYSELF FROM THIS CLAIM.

SINCERELY

KIERSTON REUER

*Kierston Reuer*

RECEIVED BY

JUN 2 8 2011

SSI

May 6, 2011



ROM THE SETTLEMENT

nt, what do I do?

n this settlement, or if you want to
irst Student on your own about the
e steps to get out of the settlement. This
mes referred to as "opting out" of the

u must mail a signed letter stating:

Exclude me

I understand that I
am requesting to be
excluded from the class
monetary settlement and
the claims process and
that I we receive no $
from the settlement

Keith M. [signature] By

MAY 10 2011

**Helping Our Heroes**

be excluded from the class monetary
d that I will receive no money from the

, and signature. Your letter must be
address below and postmarked no later



ourself from the settlement, you **will be
t get any settlement award,** and you
, you will not be legally bound by

---

**11. What am I giving up to get an award or stay in the Class?**

Unless you exclude yourself, you will remain in the class and that means that you
cannot sue, continue to sue, or be part of any other lawsuit against First Transit,
First Student, FirstGroup America, Inc., FirstGroup plc (UK), First Vehicle
Services, Inc., Laidlaw Transit, Inc., or Laidlaw Educational Services, Inc. about the
issues in this case. This means that you will give up any claims that arise out of the
facts that were alleged in this lawsuit, including any claims under state laws. This
also means that, unless you exclude yourself, all of the Court's orders will apply to
you and legally bind you.

6

May 5, 2011

**"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."**

**Lolita Sanders**

**4041 Ridge Avenue Apt 18-302**

**Philadelphia, Pa 19129**

**Lolita Sanders**

Received By

MAY 0 9 2011

Settlement Services, Inc.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

### 10. If I want to get out of the settlement, what do I do?

If you don't want a settlement payment from this settlement, or if you want to preserve your right to sue First Transit or First Student on your own about the legal issues in this case, then you must take steps to get out of the settlement. This is called "excluding" yourself — or is sometimes referred to as "opting out" of the Settlement Class.

*I choose to opt out.*

To exclude yourself from the ~~settlement, you must mail a signed~~ letter stating:

"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement."

The letter must contain your name, address, and signature. Your letter must be sent to the Settlement Administrator at the address below and postmarked no later than **June 28, 2011**:

*Robert J Sanoden*

| | |
|---|---|
| Settlement Administrator<br>First Group FCRA Case<br>P.O. Box 10564<br>Tallahassee, FL. 32302-2564. |   Mr. Robert Sanoden<br>836 Tatum St.<br>Saint Paul, MN 55104 |

If you mail a letter requesting to exclude yourself from the settlement, you **will** be excluded from the settlement, **you will not get any settlement award**, and you **cannot** object to the Settlement. However, you will not be legally bound by anything that happens in this lawsuit.

### 11. What am I giving up to get an award or stay in the Class?

Unless you exclude yourself, you will remain in the class and that means that you cannot sue, continue to sue, or be part of any other lawsuit against First Transit, First Student, FirstGroup America, Inc., FirstGroup plc (UK), First Vehicle Services, Inc., Laidlaw Transit, Inc., or Laidlaw Educational Services, Inc. about the issues in this case. This means that you will give up any claims that arise out of the facts that were alleged in this lawsuit, including any claims under state laws. This also means that, unless you exclude yourself, all of the Court's orders will apply to you and legally bind you.

Received By

MAY 03 2011

Settlement Services, Inc.

This does not look like justice.
More like a pirate raid on
First Student coffers by your
legal team.

May 5, 2011

To Whom it may Concern.

"I understand that I am Requesting to be excluded from the Class monetary settlement and the Claims process and that I will recive no money from the settlement."

Patricia A Schmitt
8525 SE Orchard Ln # 41
Happy Valley Or. 97086


Patricia A Schmitt

Received By

MAY _ _ 2011

May 18, 2011

RECEIVED BY

JUN 16 2011

SSI

MAY 19 2011

Clerk of Court
United States District Court
Northern District of Illinois
Attn: First Group FCRA Case
219 South Dearborn
Chicago, IL 60604

Re: Objection to First Student/ First Transit Settlement

Dear Sir or Madam:

I was first employed by Laidlaw, which First Student acquired one year into my employment. I believe I disclosed my bounced check charge on my record- which was lowered to a PETTY Misdemeanor at that time. When First Student had us complete new applications, I am not sure I disclosed this infraction or not. It was never intended to be hidden from the records.

Moving forward, I was called into the manager's office, told I failed to disclose this violation, and was terminated. I never received a copy of what my boss had with regards to my background. I know a parking ticket is a Petty Misdemeanor as my violation was too—and did not see why being a bus driver and bouncing a check had any relevance! Less than 30 days later, due to stress, I honestly, without exaggeration, had a heart attack! Should you wish, I can provide you a doctor's note of my heart attack. I pass BCA background checks annually at my government job, and have no record other than bounced checks—due to poor money management skills, which I have since corrected. I do not feel $750 is in any way, enough payment for the mental and physical anguish I have experienced. In addition, the financial impact this had on my family was disastrous.

First Student frequently hires less than perfect employees, and yet someone with good work ethics is unjustifiably terminated. I ask this amount be increased to be more fair and equitable. I am not a person to rush out to sue employers but this case has brought light to the truth and I sincerely wish to see justice.

I look forward to hearing the outcome of this matter. As requested, I am sending a copy of this letter to all requested parties.

Sincerely,

Patricia K. Schultz
641 6th Avenue NE
Osseo, MN 55369

Cc: Matthew J Piers
Hughes, Socol, Piers, Resnick & Dym, Ltd.
Attn: First Group FCRA
P. O. Box 64485
Chicago, IL 60604

James A McKenna-Jackson Lewis LLP
150 N Michigan Suite 2500
Chicago, IL 60601

June 11, 2011

James A. McKenna
Jackson Lewis LLP
**Attn: FirstGroup FCRA Case**
150 North Michigan, Suite 2500
Chicago, IL 60601

Dear Mr. McKenna:

I write in regard to the class action lawsuit against First Transit, First Student, et al. I wish to *exclude* myself from the class action settlement. I hereby object to, and exclude myself from, the class action and the class action settlement.

I will be pursuing remedies on my own. Shortly after my unlawful termination from First Student, I suffered a heart attack and suffered other related injuries and damages. My physical health was destroyed when I was fired by First Student, which fired me because it had conducted, and used information from, an unauthorized search of my records, and did not provide copies to me.

If it is too late to exclude myself from the class in the FCRA case, I will seek permission from the court to do so retroactively. If the court rejects my requests to exclude myself from the class, I will, and do, object to the settlement.

I am currently represented in this case by James Heiberg, Attorney at Law, 316 Hampton Street South, Wayzata, MN, 55391. His phone number is (763) 276-3285. Thank you for your attention.

Sincerely,

Patricia Schultz
641 Sixth Avenue Northeast
Osseo, MN 55369
(763) 732-9800

To:   Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Mohamed Seifeldein
3601 Kernan Blvd. S.
Apt. 2532
Jacksonville, FL 32224

RECEIVED BY

JUN 27 2011

SSI

ess: _

. No.: (

for CF

:opied

5-31-11

To: Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302.2564

I understand that I am requesting to be excluded
from the class monetary settlement and the claims process
and that I will receive no money from the settlement.
No harm was done to me by First Students' Background
check :$

Lori Senator
4036 NW 18th Circle
Camas, WA 98406



RECEIVED
JUN 0 6 2011

June-14-2011

To whom it may concern:
"I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement"

Address: 2 Townhouse In Apt# 10
                    Acton   MA   01720

name: Jason Signor

signature:

RECEIVED BY

MAR 20 2011

SSI

o whom it may concern,

I Michael K Silvernale understand that I am Requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Thank You
Mike K Silvernale
2101 E Sonvale D.
Olathe KS 66062

Received By

MAY 1 6 2011

Settlement Services, Inc.

6/22/11

I  DARRYL G SLOAN
    808 SO 21ST AVE
    MAYWOOD IL 60153
I UNDERSTAND THAT I AM REQUESTING TO BE EXCLUDED
  FROM THE CLASS MONETARY SETTLEMENT AND CLAIMS
  PROCESS AND THAT I WILL RECIEVE NO MONEY FROM
  SETTLEMENT _

Darryl G Sloan

**RECEIVED BY**

JUN 27 2011

SSI

June 24, 2011

Settlement Administrator

First Group FCRA Case

P.O. Box 10564

Tallahassee, FL 32302-2564

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Deborah Smith

1677 N. Lake Ave. #7

Pasadena, CA 91104

RECEIVED BY

JUN 2 8 2011

SSI

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

DELCIE SMITH
1222 RUBY ST.
BELVIDERE, IL. 61008

Delcie Smith
May 18, 2011

RECEIVED
MAY 2 3 2011
BY:

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2464

Kimberly S. Smith
1453 Dorene Boulevard
Carter Lake, IA 51510

May 23, 2011

To Whom It May Concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Yours,

*Kimberly S. Smith*

Kimberly S. Smith

*Theresa Hawkins*

THERESA HAWKINS
Commission Number 746670
My Commission Expires
April 30, 2013

RECEIVED
MAY 3 1 2011
BY:

June 5, 2011

Attention: Settlement Administrator
First Group FCRA Case

I, Michelle Stewart who resides at 120 Darrow Place #15D, Bronx, N.Y. 10475 understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Thank You,
Michelle Stewart


RECEIVED
JUN 1 0 2011

May, 10, 2011


Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564


Dear Settlement Administrator:

I understand that I am requesting to be excluded form the class monetary settlement and the claims process and that I will receive no money from the settlement.

Name John Strosser

Address 181 Hinkel Rd Pgh, Pa 15229

Signature John W. Strosser


Received By

MAY 13 2011

Settlement Services, Inc.

May, 10, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

Dear Settlement Administrator:

I understand that I am requesting to be excluded form the class monetary settlement and the claims process and that I will receive no money from the settlement.

Name WILLIAM C STROSSER

Address 1033 Grandview Ave Pgh 15237 PA.

Signature William C. Strosser

Received By

MAY 13 2011

Settlement Services, Inc.

June 13, 2011

To whom it may Concern:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

REBECCA STUTER
6214 MUD MILL RD
BREWERTON, NY 13029

Rebecca Stuter

RECEIVED BY

JUN 20 2011

SSI

22 Pershing Lake Dr.
St. Peters, MO  63376-3202

May 30, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL  32302-2564

Dear Settlement Administrator,

I understand that I am requesting to be excluded from the class monetary settlement
and the claims process and that I will receive no money from the settlement.

Respectfully yours,

Pamela J. Theis

RECEIVED
JUN 0 6 2011
BY:

5-20-2011

From AUDREY J. TRAVERS
PO BOX 166
FORESTDALE MA 02644
508-477-0117, (D-GROUP), (013389760), (12/23/1956)

NEW
← ADDRESS

TO. SETTLEMENT ADMINISTRATION

"I UNDERSTAND THAT I AM
REQUESTING TO BE excluded FROM THE
CLASS MONETARY SETTLEMENT and THE
CLAIMS PROCESS and THAT I WILL
RECEIVE NO MONEY FROM THE SETTLEMENT."

Signed on 5-20-2011

By Audrey J Travers

RECEIVED
MAY 27 2011
BY:

I, Christian M. Verrier, of 16 Tupelo Drive, West Kingston, Rhode Island, understand that I am requesting to be excluded from the class monetary settlement and the claims process, and that I will receive no money from the settlement.

— Christian M. Verrier

— Christian M. Verrier

"I UNDERSTAND THAT I AM REQUESTING TO BE EXCLUDED FROM THE CLASS MONETARY SETTLEMENT AND THE CLAIMS PROCESS AND THAT I WILL RECEIVE NO MONEY FROM THE SETTLEMENT."

*Celestine Wade*

CELESTINE WADE
18528 REVERE STREET
DETROIT, MI 48234

Received By

MAY 1 2 2011

Settlement Services, Inc.

5/2/11

Settlement Administrator
First Group FCRA Case

I understand that I am requesting to be excluded from the Class monetary settlement and the claims process and that I will receive no money from the settlement, as I was fully aware a background check was being performed.

Karen Walton

17 Dell Ave
Lakeport, NH 03246
Karen Walton.

Received By

MA?

_____ Services, Inc.

June 5, 2011

To: Settlement administrator
First Group FCRA Case

I understand That I am
requesting to be excluded from
the class monetary settlement
and the claims process and that
I will receive no money from the
settlement.

signed Allan D. Warren
ALLAN D. WARREN
1155 E. TWAIN AVE
#108-162
LAS VEGAS, NV
89169

RECEIVED
JUN 09 2011

Whom it may Concern,

I understand that I am requesting to be excluded from the class Monetary settlement and the claims process and that I will recieve no money from the settlement.

Tiffany Warren
100 Logan St floor1
Millvale Pa 15209

*Tiffany Warren*

(Re

Received By

MAY 0 9 2011

Settlement Services, Inc.

6 - 10 - 11

I understand that I am
requesting to be excluded from
the class monetary settlement
and the claims process and that
I will receive no money from
the settlement.

Angela Watkins
3 Lake Shore Blvd
PRT. Wentworth, GA 31407

Angela Watkins

RECEIVED BY

JUN 27 2011

SSI

(last)

5/6/11

Dear Sir.
   I do not want to
be a part of this
settlement please
exclude me from it.
   Because if I,
understand many jobs
I've had too sign a
paper saying they will
be doing a background
Check.

Thank You
Betty Chester

Received by
MAY 11 20
Sterling Services INC.

Issued
cked.

**Karen Whitcraft**
65 S Williams Street Apt 212
Johnstown, OH 43031-1310

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Karen S. Whitcraft
65 S. Williams St. Apt 212
Johnstown, OH. 43031-1310

RECEIVED
MAY 3 1 2011
BY:

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement

Gregory Dean Williams

*[signature]*

730 N. Deneen St.
Staunton IL 62088-1016

Received By

JUN 13 2011

Settlement Services, Inc.

I UNDERSTAND THAT
I AM REQUESTING TO BE
EXCLUDED FROM THE CLASS
MONETARY SETTLEMENT
AND THE CLAIMS PROCESS
AND THAT I WILL RECIEVE
NO MONEY FROM THE
SETTLEMENT
MAY 16, 2011

James E. William

5428 N. HAMILTON RD.
PEO, ILL 41614

RECEIVED BY

MAY 1 9 2011

Settlement Services, Inc.



Dear Sirs,

I understand that I am requesting to be excluded from the Class Monetary Settlement and the Claims Process and that I will receive no money from the Settlement.

Thank You
5/16/20

Penny J. Williams
5428 M. Hamilton Rd.
Peoria, Ill. 61614

Received By

MAY 19 2011

Settlement



TO SETTLEMENT ADMINISTRATOR

I UNDERSTAND THAT I AM REQUESTING TO BE EXCLUDED FROM THE CLASS MONETARY SETTLEMENT AND THE CLAIMS PROCESS AND THAT I WILL RECEIVE NO MONEY FROM THE SETTLEMENT.

NELSON. WINEGAR

Nelson Winegar

4 STARLING CT.

N.TON. N.Y. 14120

Received By

MAY 1 1 2011

Settlement Services, Inc.



Joseph Jeremie Woods
10311 Bristolwood Ct.
Laurel MD 20708
Joseph J. Woods

I understand that I am
requesting to be excluded from the class
monetary settlement and the claims process
and that I will receive no money from
the settlement

Joseph Jeremie Woods

Joseph J. Woods

Received By

MAY 12 2011

Settlement Services, Inc.

May 4, 2011

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL 32302-2564

To Whom It May Concern:

I understand that I am requesting to be excluded
from the class monetary settlement and the
claims process and that I will receive no money
from the settlement.

Thank you,

Sharon Yerdon
91 N. Gordon St.
Gouverneur, NY 13642

Received By

MAY 09 2011

Settlement Services, Inc.

5/2/11

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Michael York
4820 Mindy Dr
Indpls, Ind 46236

Received By

MAY 1 6 2011

Settlement Services, Inc.

Settlement Administrator
First Group FCRA Case
P.O. Box 10564
Tallahassee, FL. 32302-2564

To Whom it May Concern,

Please exclude me from the Class Action Settlement,
I understand that I am requesting to be excluded from the class monetary
settlement and the claims process and that I will receive no money from the
settlement.

Thank you,

Lillie Yorty
14911 Starmont St.
Moreno Valley, CA 92553

5/2/2011

Received By

MAY 0 9 2011

Settlement Services, Inc.

TO: Settlement administratator

05/17/11

I understand that I am requesting to be excluded from the Class Monetary settlement and the Claims process and that I will receive No Money from the settlement

Robert S. young jr.
82 Deerhaven Lane
Gardiner, NY 12525
Robert S. young jr.

RECEIVED
MAY 2 3 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

30771

ENTERED JUN 2 2 2011
(memo)

~~I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.~~

Signature: _Michele Wilson (Ca Case Only)_

Name: _Michele Wilson_

Mailing Address: _11515 S. Budlong Ave # 304 L.A. Ca 90044_

Date: _4-4-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Grisilda Acevedo_

Name: _GRISELDA ACEVEDO_

Mailing Address: _NO 10865 White St #7 Sunvalley cal 91352_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Myrna Aceves_____

Mailing Address: _____86 06 San Juan Av. South Gate, CA 90280_____

Date: _____4/23/11_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Donna Lee. Achterberg_

Name: _Donna Lee Achterberg_

Mailing Address: _10590 Ash St - Hesperia 92345_

Date: _3/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Jose Luy Acces Baraja_____

Mailing Address: _09324 Alameda st Apt 4 Sath Gate Ca 90280_

Date: _04-02-11_____

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ana J Acosta_

Name: _Ana L. Acosta_

Mailing Address: _106 W. Montana Pasadena CA 91103_

Date: _5.14.11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Frances Arunna*

Name: *Frances Arunna*

Mailing Address: *6031 Sheila St Commerce Ca 90040*

Date: *0-4-09-11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Carrie Adams*

Name: *Carrie Adams*

Mailing Address: *21594 Club Dr Perris, CA 92570*

Date: *4.30.11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Charlina Adams*

Name: Charlina Adams

Mailing Address: 16 Tall Pine Drive Apt.#G. Hampton, Va 23606

Date: April 9, 2011

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Terrell Addison* (909)246-6440

Name: *Terrell Addison*

Mailing Address: *26796 Mansfield ST Highland, CA*

Date: *March 21, 2001*

92346

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Elsa Aguilar_

Name: _Elsa Aguilar_

Mailing Address: _514 N Laurel St Compton CA 90220_

Date: _march 29, 2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Barbara J. Alexander_

Name: _BARBARA J. ALEXANDER_

Mailing Address: _PO Box 1139 Paramount, Ca 90723_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Aguilar_

Name: _Ingrid Aguilar_

Mailing Address: _431 S. Tamarisk Ave Rialto, CA 72376_

Date: _04-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Denia Aguilera_

Name: _Denia D. Aguilera_

Mailing Address: _16349 Trelancy RD Fontana. CA 92335_

Date: _3·28·11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rachel Aguilera Rivas*

Name: Rachel Aguilera Rivas

Mailing Address: 8837 Grove Ave #1813 Rancho Cucamango

Date: 4-23-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Jesús Aguinaga

Mailing Address: #1995 MAINE AVE    L.B . CA   90806

Date: 4/02/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: FRANCISCO ALARCON

Mailing Address: 1666. S CYPRESS AVE ONTARIO CA 91762

Date: 04/23/11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Opal Albert*

Name: OPAl Albert

Mailing Address: 2355 N Oshun Road #28

Date: 3-26-11                         San Bernardino
                                       92404

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Antonio Alcaraz_

Name: _ANTONIO Alcaraz_

Mailing Address: _601 WEST 40TH Place # 416-A LA. CA. 90037_

Date: _4/2/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process, and that I will receive no money from the settlement.

Signature: *Veronica Alcazar*

Name: Veronica Alcazar

Mailing Address: 1016 N. Hudson Ave Pasadena CA 91104

Date: 05/17/11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Erwin S. Alcorn_

Name: _ERWIN SPENCER ALCORN_

Mailing Address: _9510 VAN NUYS BL #159 PANDRAMA CITY, CA. 91402_

Date: _5-26-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Deora Alexander*

Name: DEORA Alexander

Mailing Address: 1170 W. Belleview San Bernardino CA 92410

Date: 3-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Marta E Alfaro_

Name: _Marta E Alfaro_

Mailing Address: _12629 Ralston ave unit #3, Sylmar, ca._
_91342_

Date: _4/9/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ella Alfonn_

Name: _Ella Alfonn_

Mailing Address: _2037 W 102nd ST LA CA 90047_

Date: _4-23-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Joshua Allen*

Name: Joshua Allen

Mailing Address: 1935 N Marengo Pasadena CA 91103

Date: 5-25-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Donell Allison_

Name: _Donell Allison_

Mailing Address: _4100 E 7th ST #5 Long Beach CA 90804_

Date: _3-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Eusebio plonso_

Name: _EUSEBIO ALONSO_

Mailing Address: _115 E. 89TH St LOS ANGELES CA. 90003_

Date: _4/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ruby Alonso_

Name: _Ruby Alonso_

Mailing Address: _1472 West 14th St. San Bernardino CA 92411_

Date: _4/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Angel A Alonzo_

Name: _Angel A. Alonzo_

Mailing Address: _9203 Otis st. South Gate Cf. 90280_

Date: _4/3/11_

### REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Regino Alonzo

Name: Regino Alonzo

Mailing Address: 1576 Crusado LN #317 LA CA 90033

Date: 04-03-11

REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
Hunter v. First Transit, Inc., Case No. 09 CV 6178;
Joshaway v. First Student, Inc., Case No. 10 CV 2244
I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Amalia R Altamirano_

Name: _AMALIA R ALTAMIRANO_

Mailing Address: _722 S. McBride Ave, L.A. CA 90022_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Roberta Alva

Name: 25509 E. 16th St #E Roberta Alva

Mailing Address: 25509 E. 16th St. #E San Bernardino, Ca. 92410

Date: 4/23/10

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Angelica Alvarado_

Name: _Angelica M Alvarado_

Mailing Address: _7530 Sylvia av Reseda Ca 91335_

Date: _03-25-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Evelyn  Alvarado_____

Mailing Address: _18030  Annes  cir.  #206  Canyon Country  CA. 91387_

Date: _3-28-11_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rosalino Alvarado_

Name: _Rosalino Alvarado_

Mailing Address: _7531 Bonita dr. Highland CA 92346_

Date: _5-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Jacqueline L Amaya

Name: Jacqueline L Amaya

Mailing Address: 7509 Woodley Ave #3 Van Nuys C.A. 91406

Date: 4/3/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Luis Amaya

Mailing Address: 11116 Penn St Lynwood CA 90262

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Guadalupe Amezcua_

Mailing Address: _4042 1/2 N. F St. San Bernardino CA 92407_

Date: _4/23/2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Eri Anderson_

Name: _Erica Anderson_

Mailing Address: _2132 W 84th St LA CA 90047_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Verna Anderson_

Mailing Address: _2241 E. 101st Street #413 Los Angeles CA. 90002_

Date: _3-28-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Valerie Andujo_

Name: _Valerie Andujo_

Mailing Address: _1515 W. 5th St San Bernardino, CA 92411_

Date: _5/21/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Monica Anguiano_

Name: _Monica J Anguiano_

Mailing Address: _27223 Messina St. Highland CA 92346_

Date: _03-22-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Edward O. Anthony_____

Mailing Address: 70556 Perris Hill Road San Bernardino

Date: 3.19.11                                                    92404

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _~~[signature]~~ Juan P Aro_

Name: ~~[illegible]~~ Juan P Arcoras

Mailing Address: 4614 Zane St Los Angeles CA 90032

Date: 5-24-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Angelina B. Armendar_

Name: _Angelina B. Armendariz_

Mailing Address: _10033 Juniper Ave #42,_
_Fontana CA 92335_

Date: _3-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Elizabeth Armienta*

Name: Elizabeth Armienta

Mailing Address: 5621 Fair Ave. Apt #4 North Hollywood Ca. 91601

Date: 04-09-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Clara Armstrong*

Name: *CLARA ARMSTRONG*

Mailing Address: *1072 N Garfield pasadena CA 91104*

Date: *April 23 011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Mary Armstrong*

Name: Mary Armstrong

Mailing Address: 12002 Norwick St Etiwanda CA 91739

Date: 04/02/11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: JUAN M. ARROYO

Mailing Address: 5853 MAKEE AVE. L.A. CA. 90001

Date: WED. 3-23-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Araceli Arzate E.*

Name: *Araceli Arzate E.*

Mailing Address: none 858 Elm Avenue, Long Beach, CA 90813

Date: 04-09-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jesus_ _____

Name: _Jesus Andzate_ _____

Mailing Address: _1044 Mott St San Fernando CA 91340_

Date: _03/25/11_ _____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____ MMAsencis _____

Name: _____ MIGUEL ANGEL ASENCIO _____

Mailing Address: _____ 1770 W 27 ST LA CA 90018 _____

Date: _____ 4-4-11 _____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Sherry Ashley_

Name: _Sherry Ashley_

Mailing Address: _2071 E 80th ST LA CA 90059_

Date: _4/9/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Julia H Avila _____

Mailing Address: _ 2117 S Griffith Ave L.A. CA. 90011

Date: _ 4/3/11 _

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Lucina. B. Avila _____

Mailing Address: ___ 13026 Kiowa Rd Apple Valley CA 92308 ___

Date: _____ 3-25-11 _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Martha Avila

Name: Martha Avila

Mailing Address: 2963 Randolph St Apt B Huntington Park 90255

Date: 5-19-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____ Juanita D. Ayala

Name: 17984 Kendall Cir. adelanto Ca 92307

Mailing Address: notabl @ yahoo.com

Date: 11-30-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Tiffany Baker*

Name: Tiffany Baker

Mailing Address: 16733 SunHill Dr. F-118, Victorville, Ca 92395

Date: 3/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tracey Baker_

Name: _TRACEY BAKER_

Mailing Address: _934 Springfield St # D Upland Ca 91786_

Date: _4-1-11_

I want to stay with California Case.

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Sylvia C. Beltazer_

Name: _Sylvia C. Beltazer_

Mailing Address: _701 East 20th St San Bdno CA 92404_

Date: _4-30-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lisa Banks_

Name: _LISA BANKS_

Mailing Address: _722½ W 57th ST LA Ca 90037_

Date: _April 3rd 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Larry Banter_

Name: _Larry Banta_

Mailing Address: _1116 Devonshire Rd San Bernardino, Ca 92404_

Date: _3-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Pablo Banuelos*

Name: Pablo I. Banuelos

Mailing Address: 1952 N. Madison Ave. Pasadena CA

Date: 5/16/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Armando Barajas III_

Name: _Armando Barajas III_

Mailing Address: _123 S. Grandview Ave. Covina CA 91723_

Date: _4-3-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rebecca Barker*

Name: *Rebecca Barker*

Mailing Address: *25125 E 10th St. San Bernardino CA 92410*

Date: *3-28-11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _La Tanya Y. Barner_

Name: _LaTanya Yvette Barner_

Mailing Address: _831 N. Garfield AV, #A_

Date: _5-14-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Dora Barnes_

Name: _Dora Barnes_

Mailing Address: _420 S. Beach Bl #8 La Habra, Ca. 90631_

Date: _04-09-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Willie Barnes*

Name: *Willie Barnes*

Mailing Address: *811 W. Poplar ST., Compton, CA. 90220-1837*

Date: *March 21, 2011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ JIM B. BARNETT

Mailing Address: 4004 SAN FERNANDO RD. #6    GLENDALE CA 91204

Date: 4-9-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jesus Barraza Preciado*

Name: Jesos BARRAZA PReCiAdo

Mailing Address: 4447 GARden Homes Ave L.A. CA 90032

ate: 4-03-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Annette Bartlett_

Name: _Annette Bartlett_

Mailing Address: _1102 Calle del Sol #4   Azusa Ca 91702_

Date: _5-14-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Cameo Bates_

Name: _Cameo Bates_

Mailing Address: _1126 Fuest Ave pasadena Ca 91103_

Date: _5-25-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Mike Bay*

Name: *Michael Bay*

Mailing Address: *8885 Greasewood Lane Victorville, CA 93392*

Date: *4/30/5011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jose Baza*

Name: Jose Baza

Mailing Address: 718 S. La Verne Av. APT 4 Los Angeles Ca 90022

Date: 4-7-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _7  Bazo_

Name: _FRANCIS  BAZO_

Mailing Address: _1395 PUMALO ST.  SAN BERNARDINO, CA. 92404_

Date: _4-30-2011  4-23-2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Bridget Beach

Name: Bridget Beach

Mailing Address: 2409 Rockefeller Lane Redondo Beach Ca 90278

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Vanessa Dean_

Name: _Vanessa Dean_

Mailing Address: _4599 No. Sierra Way #2 San Bernardino Ca 92407_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tavell Beans_

Name: _TAVELL BEANS D._

Mailing Address: _13921 YUKON AVe #257 Hawthorne CA. 90250_

Date: _5-14-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Yesenia Becerra*

Name: YESENIA BECERRA

Mailing Address: 15155 LAS PIEDRAS DR. VICTORVILLE, CA 92395

Date: 3·22·11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Martha Bedolla_

Name: MARTHA BEDOLLA .

Mailing Address: 13086 DESMOND ST PACOIMA CA. 91331

Date: 04-30-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ramon A. Bedolla_

Name: _RAmon A. Bedolla_

Mailing Address: _532 MARSHALL Blvd. San Brdo_
_CA. 92405_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Teyonye Belcher

Mailing Address: 384 E. Walnut Ave Rialto, CA 92376

Date: 3/21/11