CASE NO. _09 CV 6178_

ATTACHMENT NO. _3_

EXHIBIT _____

TAB (DESCRIPTION) _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

      I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Elias Root_

Name: _Elias Root_

Mailing Address: _7130 San Francisco st. Highland CCl_ _9⃞346_

Date: _04/29/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Shelia Porter_

Name: _Shelia Porter_

Mailing Address: _637 W. 98th St LA. CA 90044_

Date: _04-09-11._

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Mary B. Portus*

Name: Mary B. Portus

Mailing Address: 400 ardis ave, San Jose, Ca. 95117

Date: 3-26-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Gwendolyn L. Pounds*

Name: Gwendolyn L. Pounds

Mailing Address: 939 Wilson St San Berdo Ca 92411

»: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Valerie Towns_

Name: _VALERIE TOWNS_

Mailing Address: _11218 Huston St. #102 North Hollywood, CA 91601_

Date: _09-02-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

       I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Katrina Pratt_

Name: _Katrina Pratt_

Mailing Address: _4453 Linden AVE #3_

Date: _4.9.11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Raul Preza_

Name: _RAUL PREZA_

Mailing Address: _3333 Elizabeth Ave. apt. J, Lynwood, CA. 90262_

Date: _4-2-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *DeLeon Price*

Name: *DELEON PRICE*

Mailing Address: *9920 FLORA Vista St #61,*

Date: *May 14, 2011*          *Bellflower, CA 90706*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Jeff Proitte_____

Mailing Address: __7779 Sterling Ave San Bernardino CA 92410__

Date: __3/23/2011_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lizbeth Puga_

Name: _Lizbeth Puga_

Mailing Address: _18316 10th Street. Bloomington CA 92316._

Date: _5-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jose F. Pulido_

Name: _JOSE F. PULIDO_

Mailing Address: _6256 VINEVALE AVE., BELL, CA. 90201-1327_

Date: _03/23/2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
***Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;**
***Joshaway v. First Student, Inc.*, Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ms. Lodema Purtly_

Name: _Lodema Purtly_

Mailing Address: _968 W. 2nd St. #1 San Bernardino, CA. 92410_

Date: _March 21, 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Sue Quinton*

Name: *Sue Quinton*

Mailing Address: *1195 Morning Sun Drive, Ramona, Calif 91/81*

Date: *April 23, 2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.,* Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Marcella E. Radford

Name: Marcella E. Radford

Mailing Address: 1991 Greenwood Circle RSCA 92583

Date: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Julie Raigoza_

Name: _JULIE RAIGOZA Raigoza_

Mailing Address: _18239 REDDING ST. HESPERIA CA. 92345_

Date: _03/24/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Vernon Railey_

Name: _VERNON Railey_

Mailing Address: _10355 S. WESTERN Ave #6 L.A. CA.          90047_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Donna Ramirez_

Name: _Donna Ramirez_

Mailing Address: _8350 Arrowhead Lake Road, Hesperia, CA. 92345_

Date: _4-30-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Elena R. Ramirez*

Name: ELENA R RAMIREZ

Mailing Address: 164 MOUNTAIN Springs DR., San Jose CA 95136

Date: 03 - 26 - 11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Lilian C. Ramirez Reyes_____

Mailing Address: ___20134 Leadwell St. unit 270 winnetka CA 91306.____

Date: _____04/09/2011_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Melinda Ramirey_

Name: _Melinda Ramirez_

Mailing Address: _1925 W. College Ave, #134, San Bernardino, Ca 9250?_

te: _5/21/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rafael Celis Ramirez_

Name: _Rafael Celis Ramirez_

Mailing Address: _6649 Whitsett Av #5 N. Hollywood CA 91606_

Date: _4/9/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Samuel R Larios*

Name: SAMUEL R. LARIOS.

Mailing Address: 1313 LIBERINI CT MODESTO CA 95355

Date: 4/1/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Reyes M Razo*

Name: 2051 applewood st     REYES M RAZO

Mailing Address: 2051 applewood st Colton Caly 92324

Date: 04/23/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Betty Reed_

Name: _BETTY Reed_

Mailing Address: _5700 Ackerfield Ave #219 Long Beach, CA 90805_

Date: _4-1-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jacqueline Reed_

Name: _Jacqueline Reed_

Mailing Address: _725 So. Tapea Ave Compton Ca 90220_

Date: _04-02-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tresi Reed_

Name: _Tresi Reed_

Mailing Address: _17502 Rosa Drew LN. Apt 14B Irvine, CA 92612_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tracy R. Craig_

Name: _Tracy Reed Craig_

Mailing Address: _225 W. Colden Av. #103 LA CA 90003_

Date: _4-2-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Dwight O. Kembrut_

Mailing Address: _1706 Orange Street Redlands CA 92374_

Date: _5-24-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Roshell Rembert_

Name: _Roshell Rembert_

Mailing Address: _3405 W. 108th St. Inglewood CA. 90303_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.,* Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Shirley Rembert*

Name: SHiRLey Rembert

Mailing Address: 321 E Lurelane St

Date: 4/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Irene C Renom_

Name: _Irene C Renom_

Mailing Address: _9510 Olive st. #15 Fontana, Ca 92335_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Ana L. Reyes*

Name: *Ana Luisa Reyes*

Mailing Address: *229 W Rosewood St Rialto CA 92376*

Date: *3-27-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *HReyes.*

Name: *Carl Reyes.*

Mailing Address: *227 S. Avenue 59 Apt #15 L.A. C.A. 90042*

Date: *4-9-11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _René Reyes_____

Mailing Address: _11750 Mant vernon Ave # 2012   San Bernardino  CA_

Date: _4-23-11_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Carl Reindel_____

Mailing Address: _700 ½ W 73rd St LA CA 90044_

Date: _4-9-11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Evelyn Reynolds_

Name: _Evelyn Reynolds_

Mailing Address: _4693 W. Wilson Rialto CA. 92376_

Date: _March 31, 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Terry Rico*

Name: TERRELL RICO

Mailing Address: 6813 Atlantic Ave Apt #6 Long Beach CA 90805

Date: 5-14-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ LiSA RicH _____

Mailing Address: 13836 Ocana Ave Bellflower, CA 90706

Date: _____ 4 | 9 | 11 _____

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Brenda K. Richardson*

Name: Brenda K. Richardson

Mailing Address: 10803 Avalon Bl. Apt #306 L.A. CA 90061

Date: 3/23/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Diane Richardson*

Name: DiANE RiCHARDSON

Mailing Address: 2251 Gatewood St #2          LA 90031

Date: 03-28-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Delbra Ricketts*

Name: Delbra Ann RICKETTS

Mailing Address: P.O. BOX 52767 RIVERSIDE Ca 92577

Date: 04 23 - 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _George E Ricks_

Name: _George E Ricks_

Mailing Address: _4080 Sepulveda Ave Apt 5 S.B. CA 92404-1328_

Date: _3/27/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rico_

Name: _Roberto Antonio Rico_

Mailing Address: _2062 AVENIDA PLACIDA UNIT 2 SIMI VALLE CA 93063_

Date: _4-2-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Miko Riddick_

Name: _Miko Riddick_

Mailing Address: _1874 E. Dimondale Dr Carson, Ca 90746_

Date: _4/5/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rexanne Montoya*

Name: *Rexane montoya*

Mailing Address: *744 N Alameda ave   Ontario Ca  91764*

Date: *4-23-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Annie M. Myles*

Name: ANNIE M. MYLES

Mailing Address: P.O. Box 1842 Monrovia, Calif. 91017

Date: 05-14-2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Sharon Ridenour*

Name: SHARON RIDENOUR

Mailing Address: 8806 BURTON ST, BELLFLOWER, CA. 90706

Date: 4-3-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Albin T. Riemann_   Albin T. Riemann

Name: _2457 GLENN FOX COURT_

Mailing Address: _SAN JOSE, CALIF 95148_

Date: _MARCH 26, 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____CANARIS R. RILES_____

Mailing Address: _220 E. BENNETT St. #12 Compton CA 90220_

Date: ___5·14·11_____

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
## *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
## *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Maria Rincon

Mailing Address: 372 Douglas st pasadena CA 91104

Date: May 14 2001

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Alejandro ~~Rios~~ Rios Castro

Mailing Address: 6969 Newbury Ave San Bernardino CA

Date: May 21 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Jesus manuel Rios _____

Mailing Address: 310 enst c st. Colton ca. 92324

Date: 3-24-2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Michael Allen Rios_

Mailing Address: _3947. W. 104th St. Inglewood CA 90303_

Date: _March. 24, 2001_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Maria A. Rivera_

Name: _MARIA A. River_

Mailing Address: _1299 E Julian #23    SJ CA 95116_

Date: _3·26·2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rhonda Roach* (signature)

Name: Rhonda Roach

Mailing Address: 4268 1/2 Degnan bl. 90008 LA CA

Date: 4-26-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Darlene Robinson_

Name: _Darlene Robinson_

Mailing Address: _17117 So. Vermont ave #34 Gardena, Ca 90247_

Date: _April. 9, 11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Diane Robinson*

Name: Diane Robinson

Mailing Address: 13003 Algonquin Rd. A.V., CA., 92308

Date: 4-18-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Joseph A Robinson_

Mailing Address: _3171 Belvedere Ave. Highland CA 92346_

te: _5/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Oneal L. Rob__

Name: _MEARL L. Robinson_

Mailing Address: _1456 E. Philadelphia St. #248 Ontario CA 91761_

Date: _4-20-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Raquel Robledo*

Name: *RAQUEL Robledo*

Mailing Address: 185 So. 15th St. SanJose CA 95112

Date: March 26. 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Raquel Robles*

Name: Raquel Robles

Mailing Address: 10025 7th Ave, Hesperia, CA. 92345

Date: 4-30-2010 PM

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: 

Name: Noemi Rocha

Mailing Address: 1241 Spruce St. San Bernardino, Ca. 9241

Date: 4·23·11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Toshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: RICCIO S. PADILLA DE MERCADO

Mailing Address: 12522 ROSCOE BLVD #21 SUN VALLEY, CA 91352

Date: 01 / 23 / 2011

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Anna Rodriguez_

Name: _Anna Rodriguez_

Mailing Address: _474 IDYLLWILD DR. SAN JACINTO CA 92583_

_5-21-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Bertha Rodriguez_

Name: _Bertha Rodriguez_

Mailing Address: _P.O. Box 4015 Montclair, Ca 91763_

Date: _05-20-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Cruz M Rodriguez_

Name: _Cruz Rodriguez_

Mailing Address: _4928 elton st. Baldwin Park ca. 91706_

Date: _5/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Efren Rodriguez_

Name: _EFREN RODRIGUEZ_

Mailing Address: _1318. N. Beachwood. Dr. Burbank, CA. 91506_

Date: _4/6/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jessie Rodriguez_

Name: _Jessie Rodriguez_

Mailing Address: _3606 Buckeye Dr San Jose CA 95111_

Date: _3-26-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _L Ch R_

Name: _Leobardo chavez Rodriguez_

Mailing Address: _339 W 85. st LA 90037_

Date: _4-9-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Maria Elena Rodriguez*

Name: 6773 Valinda Ave 3

Mailing Address: Alta Loma Ca 91701

Date: 4/23/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____MARIO ERNESTO RODRIGUEZ_____

Mailing Address: __1238 S. MULLEN AVE L.A. CA 90019__

Date: ___5-14-2011___

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Paul_

Name: _dAul RodRiGuez_

Mailing Address: _3819 Will PL inGlewood CA. 90303_

Date: _04.09.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rafael Rod_

Name: _Rafaela RODRIGUEZ_

Mailing Address: _1318 N. Beachwood. Dr. Burbank, CA. 91506_

Date: _4/6/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jo Ann Rogers_

Name: _JOANN Rogers_

Mailing Address: _146 Davison Pl_     _Vallejo, CA 94591_

Date: _5-21-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _William M. Rohler_

Name: _WiLLiAM M. RoHLER_

Mailing Address: _P.O. Box 292 NiLAND, CA. 92257_

Date: _4-6-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jessica Rojas*

Name: JESSICA Lydia Rojas

Mailing Address: 7350 Wilwood AV APT 8 Canoga park ca. 91303

Date: 04-09-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Angelica Romero*

Name: Angelica Romero

Mailing Address: 2144 S Pleasant Pl Ontario ca 91761

Date: 4/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Laura Romero_

Name: _Laura Romero_

Mailing Address: _lreza@live.com   216 N Alma Ave LA CA 90063_

Date: _04-09-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Letticia Romo*

Name: *LETTicia Romo*

Mailing Address: *11426 3Rd Ave, Vlesperia Ca. 92345*

Date: *3/21/11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Denean Ross*

Name: Denean ROSS

Mailing Address: 1913 wst Gilbert St San Bernardino, Ca 92411

Date: 4-30-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Vince Ross*

Name: Vince E. Ross

Mailing Address: 833 west 107th st L.A, CA 90044

Date: 03/25/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jessica Rouse_

Name: _Jessica Rouse_

Mailing Address: _3463 Cortese Cir San Jose, CA 95127_

Date: _3/20/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Jesse Ruano _____

Mailing Address: 2222 Harding ST  Long Beach, CA 90805

Date: 3-29-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Enrique_

Name: _ENRIQUE RUBIO_

Mailing Address: _4074 N.E St, San Bernardino CA, 92407_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshuaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Teresa Rubio_

Name: _Teresa Rubio_

Mailing Address: _480 Alpine St. #20 Upland CA 91786_

Date: _04·23·2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Arthur Rucker Jr*

Name: Arthur Rucker Jr

Mailing Address: 1350 So Monterey Ave, Ontario, Calif 9176 1

Date: 5-18-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Sergio Ruiz

Name: Sergio Ruiz

Mailing Address: 4049 Acre Ln San Bernardino CA. 92407

Date: 4-23-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Stella R_

Name: _Stella Ruiz_

Mailing Address: _8504 Willis Ave #30, Panorama City, CA, 91402_

Date: _5-14-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Kimberly, Dawn Rulon_____

Mailing Address: ___365 Bennett long Beach CA 90804__

Date: ___4/9/2011___

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Bassam Seloc_____

Mailing Address: ___701 w. Bagnall St Glendora, Ca. 91740___

Date: _____5-14-11_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Pogos Sala_

Name: _POGOS SALAIZHORIAN_

Mailing Address: _8148 BELLINGHAM AVE. N.H. OR 91605_

Date: _4-2-11_

_North Hollywood_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Yolanda Salamanca*

Name: *Yolanda Salamanca*

Mailing Address: *5683 Bandera St. Montclair CA 91763*

Date: *4/23/11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _B. Sofia Salas_

Name: _Blanca Sofia Salas_

Mailing Address: _16325 Trelaney Rd., Fontana CA 92337_

Date: _04·23·2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
***Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;**
***Joshaway v. First Student, Inc.*, Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Marco A. Salazar._

Name: _MARCO A. SALAZAR_

Mailing Address: _2016 E. KNOPF ST. Compton, CA. 90222_

Date: _3/31/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Andres Salcedo._

Name: _Andres Salcedo_

Mailing Address: _682 E Pampas Ave.   Rialto 92346_

Date: _3-24-11._

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Carmen Salcedo_

Name: _Carmen Salcedo_

Mailing Address: _16207 Thorson Ave Compton CA 9022I_

Date: _4/2/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

      I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Araceli Saldana_

Name: _Araceli Saldana_

Mailing Address: _13708 Goleta St Pacoima Ca 91331_

Date: _4/9/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Gene Saulsberry*

Name: *Gene Saulsberry*

Mailing Address: *6351 Riverside Dr #12 Chino, Ca 91710*

Date: *4-23-2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Peggy Salmon_

Name: _Peggy Salmon_

Mailing Address: _509 S. Francisca Ave, Redondo Beach, CA 90277_

Date: _April 9, 2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Curtis Sampson*

Name: Curtis Sampson

Mailing Address: P.O. Box 7581 Denver, Colorado, 80207

Date: April 7, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Paula Sampson_

Name: _Paula Sampson_

Mailing Address: _703 E. Redondo Bch Blvd Apt C A 9000_

Date: _4-6-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims

process and that I will receive no money from the settlement.

Signature: Darla Samuel

Name: Darla Samuel

Mailing Address: 1545 Central Ave Highland CA 92346

Date: 4/23/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ana C. Sanchez_

Name: _Ana C. Sanchez_

Mailing Address: _3025 E. Fairfield St. Ontario, Ca. 91761_

Date: _4/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Geronimo Sanchez_

Name: _Geronimo Sanchez_

Mailing Address: _64140 Dunn St Dept 5 Desert Hot Sprng-CA 92240_

te: _5-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Maria Rosa Sanchez_

Name: _Maria Rosa Sanchez_

Mailing Address: _1366 E. Alvarado St. Ontario Ca. 91764_

te: _5/21/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Artensha Sanders_

Name: _Artesha Sanders_

Mailing Address: _26696 9th St #176 Highland CA 92346_

te: _5/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Gregory Sanders_

Name: _Gregory Sanders_

Mailing Address: _606 W 111th Street L.A CA 90044_

Date: _3-23-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *A. Sandoval.*

Name: *Ana Sandoval*

Mailing Address: *9830 Laurel Cyn Blvd Pacoima CA. 91331*

Date: *04-03-2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ana Sandoval_

Name: _Ana A Sandoval_

Mailing Address: _1431 west 15th st San Bernardino C.A. 92411_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _VICTOR HUGO SANTIN MARTINEZ_____

Mailing Address: _4657 TOMLINSON AVE RIVERSIDE CA_

Date: _03 29 2011_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _SXSST_

Name: Santos S Santos

Mailing Address: 1102 Calle Del Sol #4 Azusa Ca 91702

Date: 05-14-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Theresa Santos_

Name: _Theresa Santos_

Mailing Address: _735 N. "L" St. SBdno Ca. 92411_

Date: _07/03/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lucy M. Sarmento_

Name: _Lucy M. Sarmento_

Mailing Address: _4344 Moorpark Ave. Apt. #2 SJ CA 95129_

Date: _3/26/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Gregorio Sarmiento*

Name: *Gregorio Sarmiento Membreno*

Mailing Address: *3099 San Gabriel Circle west Cathedral City 92234*

Date: *5-21-2011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tony A Sarni_

Name: _TONY A. SARNI_

Mailing Address: _5224 BUFFINGTON RD. EL MONTE CA. 91732_

Date: _5/14/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Renee Sawyer*

Name: Renee Sawyer

Mailing Address: 3016 N Stoddard St., San Bernadino, CA 92405

:: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Marchell Scott*

Name: *Marchell Scott*

Mailing Address: *2308 W Compton St Cpt 90226*

Date: *4/3/2011* *Compton*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rosa E Seals*

Name: *Rosa E Seals*

Mailing Address: *12062 Maple Leaf Ln, Fontana Ca 92337*

Date: *04/23/11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Glenda Sexty_

Name: _Glenda Sexty_

Mailing Address: _1750w M. L. King Blvd #204 L. A. C 90062_

Date: _03-28-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Stacy Seay*

Name: STACEY SEAY

Mailing Address: 495 E. THIRD ST #J-3 SAN BERNARDINO CA 92410

Date: 3-20-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rosea Segura*

Name: Roseann Segura

Mailing Address: 5227 Mayfield Ct. San Bdno, Ca. 92407

Date: 4-23-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Antonio D Sen_

Name: _ANTONIO SONU_

Mailing Address: _9844 Newcomb Ave Whittier, Ca 90608_

Date: _May 14, 2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ OMAR R. SEPULVEDA _____

Mailing Address: _____ RAYMY97@AOL-COM _____

Date: _____ 3/26/2011 _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Maik N Serrano Calderon._

Mailing Address: _9205 Van Nuys blvd apt#126 Panorama City, CA 91402_

Date: _4-30-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Sherry Lynne Seymore_

Name: _SHERRY LYNNE SEYMORE_

Mailing Address: _1336 Wesley Dr_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Corey Shaw_

Name: _Corey Shaw_

Mailing Address: _1625 Renee St. Lancaster, CA. 93535_

Date: _5-14-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Dwayne Sheffield_

Name: _Dwayne M Sheffield_

Mailing Address: _PO Box 191341 Los Angeles CA 90019_

Date: _4/3/1_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *McLessie Shell*

Name: McLessie Shell

Mailing Address: 4016 West Blvd #D

Date: 4-3-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *N. Shellenb*

Name: Nicholas Shellenbarger

Mailing Address: 7675 Dillon Rd Sp #87

Date: 4/16/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Tamara Shelmon Beaver _____

Mailing Address: _____ 81 E. 55th St   LB, CA. 90805 _____

Date: _____ 5-14-11 _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Linda Shepherd_

Name: _Linda Shepherd_

Mailing Address: _3657 W. 107 ST.          Topleven 00453_

Date: _4-4-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Cynthia Sheppard*

Name: Cynthia Sheppard

Mailing Address: 1422 E 9th Street Apt W143

Date: 3-22-11 San Bernardino, CA, 92410

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Antonia Sheppard*

Name: *Catonia Sheppard*

Mailing Address: *8347 Laurel Ave. #14 Fontana, CA 92335*

Date: *04-23-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Linda Shepherd_

Name: _Linda Shepherd_

Mailing Address: _3657 W. 107 ST. Inglewood CA. 90303_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lynne R. Shobert_

Name: _Lynne R. Shobert_

Mailing Address: _18888 Valencia Ct. HESPERIA, CA. 92345_

Date: _3.22.11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Irma Silva_

Name: _Irma Silva_

Mailing Address: _7950 Etiwanda Ave #34205 RCH CUCAMONGA CA 91739_

Date: _4/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Carl Simmons*

Name: *Carl Simmons*

Mailing Address: *806 W. 40th PL APT #12 LA. CA.*

Date: *4-3-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lawanda Simpson_

Name: _LAWANDA Simpson_

Mailing Address: _451 East Ave J11 Lancaster 93535_

Date: _April 2, 2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Tisha Simpson

Mailing Address: 556 S. Clarence st #241 L.A., CA 90033

Date: 4-6-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Tammy Slayton*

Name: Tammy Slayton

Mailing Address: 25453 Independent.pl San. Bernardino, Ca 92404

Date: 3-28-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Andrew Small_____

Mailing Address: _482 W. Pico Rd. #5, Palm Springs, CA 92262_

Date: _5/21/11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Lori Smeed*

Name: Lori Smeed

Mailing Address: 2842 Joseph ave #8 Campbell ca 95008

Date: 3-26-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Amy Smith*

Name: AMY SMITH

Mailing Address: 9601 LOMITA CRT. # 169 ALTA LOMA, CA 91701

ate: MAY 21, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Alva Smith_

Name: _ALVa J. Smith_

Mailing Address: _18577 LEMON St, Hesperia CA 92345_

Date: _03-29-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Angela R. Smith*

Name: Angela R. Smith

Mailing Address: 1334 1/2 E. 59th ST LOS Angeles, Ca 9800/

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Bernice Smith*

Name: BERNICE Smith

Mailing Address: 616 So. BRADFiELd      Compton 90221

Date: 03 - 24 - 11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Catherine Smith_

Name: _Catherine Smith_

Mailing Address: _53 W. Harriet Altadena Ca 91001_

Date: _5/17/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Deborah Smith_

Name: _Deborah Smith_

Mailing Address: _12411 Osborne St. #103 Panorma, Ca. 91331_

Date: _4.2.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Mary A Smith*

Name: MARY A Smith

Mailing Address: 3253 EUCliD , LYNWOOD CA 90262

Date: 04-03-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Mihal Smith_

Name: _Michael Smith_

Mailing Address: _1333.5 1/2 Vermont AVE GARdenA CA 90247_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Oressa Smith*

Name: Oressa Smith

Mailing Address: 1334 1/2 E. 59th St Los Angeles, CA 90001

Date: 3·18·11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____ *Robert F. Smith* _____

Name: _____ ROBERT F. SMITH _____

Mailing Address: 10121 BUFORD Ave #36 Inglewood, CA 90304

Date: _____ 04/09/2011 _____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Shetawna Smith_____ 1717 W. 42nd Place

Mailing Address: ~~Street~~ Los Angeles CA 90062

Date: _2/3/2011_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Stephen F. Smith_

Name: _STEPHEN F. Smith_

Mailing Address: _580 Smith VALLEY Rd, LOS GATOS, CA. 95033_

Date: _4-15-2001_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Tamyia Smith*

Name: *Tamyia Smith*

Mailing Address: *104 Maher Ct Vallejo CA 94591*

te: *5-25-11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Theodis Smith*

Name: Theodis Smith

Mailing Address: 13201 S-Van Ness Ave. Gardena, CA 90249

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ FAYe D. Smitheal

Mailing Address: _____ 317 So Aprilin Ave.

Date: _____ 3-27-2011 _____ Compton 90220

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _James Smyth_

Name: _JAMES SMYTH_

Mailing Address: _1729 N. DEL NORTE    ONTARIO, CA 91764_

Date: _5/21/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Julie R Snow*

Name: *Julie R. Snow*

Mailing Address: *64625 Merson Blvd #D-11 D.H.S CA 92240*

Date: *4-23-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jorge B*

Name: Jorge A Solorzano

Mailing Address: Jorgesolorzano@rocketmail.com

Date: 4/9/11   4668 Huntington DR S. #302
LA CA 90032

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: JoSE ROBERTO SomoZa

Mailing Address: P O BOX 17633 LACA 90017

Date: 3-24-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Eleanr Soto*

Name: Eleanor Soto

Mailing Address: 1412 Dngus St Patterson CA 95343

Date: 3|25|11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Joe louis Soto_

Name: _Joe louis Soto_

Mailing Address: _654 No Cummings St.    Los Angeles, CA_

Date: _04 29 11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Josie M. Soto*

Name: *JOSIE SOTO*

Mailing Address: *9400 FAIRWAY VIEW PL. #2122, RCh. CUCAMONGA, CA. 91730*

Date: *4-23-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rebecca A Spangler*

Name: *Rebecca Spangler*

Mailing Address: *18157 SEQUOIA Hesperia Ca 92345*

Date: *3/22/11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Angela M. Stephens X Angela M. Stephens_

Name: _____

Mailing Address: _4660 Victoria # 901 Riverside, Ca,_

te: _5-21-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Becky Stephens_

Name: _Becky Stephens_

Mailing Address: _206 N. Cedar Ave. #2 Englewood CA-80301_

Date: _April 2, 2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _James T Stephen_

Name: _James T. Stephens_

Mailing Address: _218 E Colden Ave # 28 L.A. CA 90003_

Date: _4-9-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Beverly Stephen_

Name: _Beverly Stephen_

Mailing Address: _1126 Forest Ave Pasadena CA 91103_

Date: _5-25-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Lee Sterling Jr*

Name: Lee Sterking Jr

Mailing Address: 123 W. 54 st, los Angeles CA 90034

Date: Set, 5-14-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _June Stevenson_

Name: _June Shema_

Mailing Address: _P.O. Box 61554 L A CA 90061_

Date: _04-09-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _John Stewart_

Name: _John Stewart_

Mailing Address: _10519 5 Th Ave Inglewood ca 90303_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Nedra F Stewart-Liddie*

Name: *Nedra G. Stewart-Liddie*

Mailing Address: *1304 W. 162nd Gardena, CA 90247*

Date: *May 14, 2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Margaret Stratton (2.20/60)

Mailing Address: 901 E Washington St Apt 229 Colton CA 92324

Date: 4-23-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

***Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;**

***Joshaway v. First Student, Inc.*, Case No. 10 CV 2244**

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____DAPHNE, Sullivan_____

Mailing Address: _2918 Bauser Blvd #1 Los Co 90016_

Date: _____4-9-11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Paula M Sun_

Name: _Paula Sun_

Mailing Address: _16360 Skywood Court Moreno Valley Ca 92551_

Date: _4/8/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lisa Marie Dykes_

Name: _Lisa Marie Sykes_

Mailing Address: _13974 Heein ncl_

Date: _Marie      3/22/2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Kim Tabor_

Name: _Kim TABOR_

Mailing Address: _734 N. Cheery St, Banning CA 92220_

Date: _5-14-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Darlene M. Tait_

Name: _DARLENE TAIT_

Mailing Address: _9501 Timberlane Ave, Hesperia CA 92345_

Date: _4-30-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Denise Talamantes

Mailing Address: 2146 Sherwood Ln San Jose, Ca. 95132

Date: 3-26-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Debra L. Tatum_

Name: _Debra L. Tatum_

Mailing Address: _3229 Coupate cir Palmdale, Ca. 9355?_

Date: _4/30/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Brenda Kay Taylor*

Name: BreNDAK, TaylOR

Mailing Address: 1918 W, El SeguNDO Blvd #2 GARDeNA CA 90249

Date: 4-2-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Deborah Taylor*

Name: *Deborah Taylor*

Mailing Address: *711 N MAYO St Compton Ca 90221*

Date: *3-23-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Dimica Taylor*

Name: Dimica Taylor

Mailing Address: 1700 e½ Date St. Apt 1140 92404, San Bernardino CA

Date: 4/30/11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Donnesha Taylor

Mailing Address: 25180 5th st # 208        San Bernardino, CA 92410

Date: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jasmine Taylor_

Name: _Jasmine Taylor_

Mailing Address: _345 W 8th Apt #7 92401 San Bernardino CA_

Date: _4/30/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Marlene Taylor*

Name: *Marlene Taylor*

Mailing Address: *945 ½ Via Carmelitos Long Beach CA 90805*

Date: *4/9/10*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _M. T̶S̶2̶_

Name: _Michael D. Taylor Jr._

Mailing Address: _345 W. 8TH St. Apt. 7 San Bernardino CA, 92401_

Date: _4/30/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Patricia Taylor_

Name: _PATRICIA   TAYLOR_

Mailing Address: _3837 S. Western #315   Los Angeles, Calif. 90062_

Date: _4/2/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Cristobal Tebalan*

Name: *Cristobal Tebalan sontay*

Mailing Address: *225-S- Burlington Ave #17 LA. CA. 90057*

Date: *4-3-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature:

Name: Carla Tennell

Mailing Address: 1619 W. 71st Street  Los Angeles CA 90047

Date: 4/9/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Margaret Terrones*

Name: Margaret Terrones

Mailing Address: 827 San Antonio Place Upland CA 91786

Date: 03-24-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Rosemary Thomas*
Name: *Rose mary Thomas*
Mailing Address: *3311 W 73rd # 4    LA, CA 90043*
Date: *3-21-11*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Tammie J. Thomas_

Name: _Tammie L. Thomas_

Mailing Address: _2402 W 118th St #E, Hawthorne, CA 90250_

Date: _5-14-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Rena Thomp

Name: Rena Trompkins

Mailing Address: 2110 W 38th place LA CA 90018

Date: 4·9·11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Donna Thompson*

Name: *Donna Thompson*

Mailing Address: *24708 Thornberry Circle, Moreno Valley Ca 92557*

Date: *March 29, 2011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Kimberly Thompson_

Name: _Kimberley Thompson_

Mailing Address: _1617 W 257th St #5 Harbor City CA 90710_

Date: _4-3-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lady Thompson_

Name: _LADY Thompson_

Mailing Address: _Ladyuwhy@gmail.com_

Date: _4.3.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Toni Thompson

Name: Toni Thompson

Mailing Address: 952 Medical Center Drive SB. Ca 92411

Date: 4/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Toya Thompson_

Name: _Toya Thompson_

Mailing Address: _495 E. Third St Apt K-14        San Bernardino_
_92410_

Date: _4.9.11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Carlos Torres_

Name: _CARLOS R. TORRES_

Mailing Address: _3622 KEYSTONE AVE #7 LOS ANGELES, CA. 90034._

Date: _3-27-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

       I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Gilberto P. Tonnes_

Name: _GilberTo P. Tonnes_

Mailing Address: _H236 SATicoy ST SunValley CA 91352_

Date: _3-24-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _FREDRICK TOVMASIAN_____

Mailing Address: _10356 COMERCE Ave. #115 TUJUNGA, CA 91042_

Date: _04-02-2011_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Frank alfz*

Name: TRANSITO, ALFREZ

Mailing Address: 323 E. 106Th ST. LA. CA. 90003

Date: 4/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Richard Trejo_

Name: _Richard Trejo_

Mailing Address: _11670 Lakewood Blvd Downey CA 90341_

Date: _4-3-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ruby Trejo_

Name: _Ruby Trejo_

Mailing Address: _109 De Anza Circle Ontario Ca 91761_

Date: _4/30/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Mario Trevizo*

Name: MARIO TREVIZO

Mailing Address: 340 N MAPLE #16 MONTEBELLO CA 90640

Date: 4-23-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Donna Trotter

Name: Donna Trotter

Mailing Address: 5459 N Paramount Bl Apt 106 Long Beach CA 90805

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _N. Truong_

Name: _NAM - TRUONG_

Mailing Address: _115 S. Sierra Vista, M.P, CA 91755_

Date: _4-9-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Kathy Tucker*

Name: KATHY Tucker

Mailing Address: 11612 Thorson Lynwood CA, 90262

Date: 3/23/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Sheron B. Tucker*

Name: SHERON Bernardine Tucker

Mailing Address: 1428 West Orchard St, Bloom, CA, 92316

Date: March 27, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Wayne T Tucker_

Name: _Wayne T Tucker_

Mailing Address: _1435 Porter Rd  Nashville, TN. 37206_

Date: _03·25·2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jacqueline Tuggle_

Name: _Jacqueline Tuggle_

Mailing Address: _239 E 69th Way LBC 90805_

Date: _4-4-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rochelle Tinstall_

Name: _Rachelle Tinstall_

Mailing Address: _P O Box No 01 Gardina CA 90249_

Date: _4.9.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ TUONG TRIEU CHAT

Mailing Address: LUONG TRIEU YAHoo . Com

Date: 4/3/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Patricia A. Turnage_

Name: _Patricia A. Turnage_

Mailing Address: _195 W 31st St # 202 Long Beach, Ca. 90806_

Date: _3-25-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jose L Valle*

Name: Jose Luis VAlle

Mailing Address: 2495 ETiWANdA AVe SAn BerNArDiNO CA 92410

Date: 03-21-11

*ay v. First Student, Inc.*, **Case No. 10 CV**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Josefina Walle_

Name: _Josefina A. Valle_

Mailing Address: _2495 Etiwanda Ave. San Bernardino_

Date: _03.22-11_ _92410_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Brenda Van Buren_

Name: _Brenda Van Buren_

Mailing Address: _3914 flower St_

Date: _May 14-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Gabriel Ernesto Vanegas_

Name: _Gabriel Ernesto Vanegas_

Mailing Address: _1824 montrose s.t. Los Angeles Calif. 90026_

Date: _4/3/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Denardo Vargas_

Name: _Gerardo Vargas_

Mailing Address: _3945 Langford St. LA CA 90063_

Date: _3-20-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Frankie A Vasquez_____

Mailing Address: _231 E. 52nd ST San Bernardino, CA 92404_

Date: _6/2/11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ramiro Vasquez T._

Name: _Ramiro Vasquez T._

Mailing Address: _515 Ruberta ave Glendale ca 91201_

Date: _4-2-2011_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Arthur Carrillo_

Name: _Arthur Carrillo_

Mailing Address: _13633 Cope Ct Moreno Valley CA 92553_

Date: _05/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Carlota Vazquez*

Name: CARLOTA VAZQUEZ-MARTINEZ

Mailing Address: 6744 WOODLEY AVE #23 VAN NUYS, CA. 91406

Date: APRIL-30-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _R. Vula_

Name: _Veronica Vela_

Mailing Address: _5614 w. Adams Blvd #3  L.A, ca. 90016_

Date: _4-2-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Josephine Velasco*

Name: Josephine Velasco

Mailing Address: 576 W. Williams St Apt-B
Banning Ca 92220

Date: 4-23-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Hunor_

Name: _HECTOR VELAZQUEZ_

Mailing Address: _3172 MT RAINIER DR_

Date: _SAN JOSE C.A. 95127_     _3/26/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Isaac G. V.*

Name: *Isaac G. Velasquez*

Mailing Address: 5736 Priory St Apt G Bell Gardens CA 90201

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Mario S Verdugo_

Name: _MARIA S VERDUG_

Mailing Address: _11326 Saticoy ST Sun Valley Ca- 91352_

Date: _4-2-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

    I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Serena Verret*

Name: *Serena Verret*

Mailing Address: *479 Camino Los Gollas*

.te: *5-21-2011*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Stephanie Victor*

Name: Stephanie Victor

Mailing Address: PO Box 73303 LA, CA 90003

Date: 4-7-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jose Luis Vill_

Name: _Jose Luis Vill_

Mailing Address: _Jose Villa 5147@yahoo.com 7979 Holmes Ave_

Date: _04-09-11_ _LA CA 90001_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Brenda Villanueva

Name: Brenda Villanueva

Mailing Address: 23331 Via Amador Moreno Valley Ca 92557

Date: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Olga H Villatoro_____

Mailing Address: _14350 Vanowen St #104 Van Nuys CA 91405_

Date: _04-03-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.,* Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.,* Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Inecaldo villeda_

Mailing Address: _224. S- Commonwealth ave #1 L.A. Ca 90004_

Date: _4-9-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *C. Vuezgas*

Name: *CARMEN VIIIEZCAS*

Mailing Address: *11909 #8 VANOWEN STREET*

Date: *4-23-11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Martha Vitela_

Name: _Martha Vitela_

Mailing Address: _3119 Abbott, St. #2 Pomona, Ca. 91767_

Date: _(909) 4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _SOCORRO VIZARRAGA_____

Mailing Address: _470 N. Walnut St Apt R, La Habro CA 90631_

Date: _4-3-11_____

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Eva Wade_

Name: _EVA WADE_

Mailing Address: _1801 Camino Primavera, Bakersfield CA 93306_

Date: _4-2-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Michelle Wade*

Name: Michelle Wade

Mailing Address: 9133 Timberline Lane Apt N Rancho Cucamonga CA 91730

Date: 5/21/2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Cynthia Walker_

Name: _Cynthia Walker_

Mailing Address: _1315 W. 7th Street #308_

Date: _04/20/2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _PAULA WALKER_

Mailing Address: _1241 W 74 St Los Angeles, CA 90044_

Date: _5-14-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Brenda Wils*

Name: BRENDA WALLS

Mailing Address: 700 W. laurel St, B109, Compton CA 90220

Date: 4-3-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Deloris Ann Walls_

Name: _DeLoRis Ann Walls_

Mailing Address: _403 W Francis st ontario Ca 91762_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Dessie Walls*

Name: DESSIE WALLS

Mailing Address: 434. W. 83 St LA, CA 90003

Date: April 9, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Monica Walton_

Name: _Monica Walton_

Mailing Address: _1108 E. 131 St. L.A., CA. 90059_

Date: _3/23/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Cynthia J. Ward-Montoya_

Name: _CYNTHIA F. WARD-MONTOYA_

Mailing Address: _P.O. BOX 5263 RIVERSIDE CA 92517_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Vivian Ware

Name: VIVIAN WARE

Mailing Address: 10234 ENGLand ave #5 Inglewood CA 90303

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.,* **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Brandi Warren*

Name: BRANDI WARREN

Mailing Address: 625 W 41ST DRIVE

Date: 5.14.11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Victoria Warren*

Name: *Victoria Warren*

Mailing Address: PO BOX 56279 RVSD, CA 92517

Date: 5-21-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Antoinette Washington*

Name: Antoinette Washington

Mailing Address: 22364 Sioux RD Apple Valley Ca 92308

Date: April 9, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Yolanda Washington_

Name: _YOLANDA WASHINGTON_

Mailing Address: _1840 N. BAKER AVE. ONTARIO, CA 91764_

Date: _4.23.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**

*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Darran Wayne_

Name: _Darran Wayne_

Mailing Address: _14625 South White Ave, Compton CA 90221_

Date: _5/14/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Denisha Weaver

Name: Denisha Weaver

Mailing Address: 5940 Indiana Ave #2

Date: 4-9-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _W_ _Welch_

Name: _Muntheda Webb_

Mailing Address: _3128 W Jefferson Ave Rialto CA 9252_

Date: _8/2a/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Danisha West_

Name: _Danisha West_

Mailing Address: _1271 w. 39th place L.A 90037_

Date: _4-9-2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ruby Wide_

Name: _Ruby Wide_

Mailing Address: _340 W. 114th Street, Los Angeles, CA. 90061._

Date: _March 23, 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Linda J. Wilcher_

Name: _Linda J. Wilcher_

Mailing Address: _5835 S. Van Niss Avenue    LA, CA    90047_

Date: _04.09.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Szil_

Name: _Tammy Lynn Wilcox_

Mailing Address: _2775 mill creek Rd mentone Co 92359_

te: _5/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Alton E Wilkerson III_

Name: _Alton E Wilkerson_

Mailing Address: _1453 W 46 St Los Angeles, Ca 90062_

Date: _3-24-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Ernestina Wilkiewicz_

Name: _ERNESTINA WILKIEWICZ_

Mailing Address: _555 N. Linden Ave  Rialto CA 92376_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Ada Williams

Mailing Address: 1746 E. 117th St #11 Los Angeles, CA 90059

Date: 4.9.11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Angela Denice Williams_

Name: _Angela Lenice Williams_

Mailing Address: _5910 Lewis Ave Long Beach, CA. 90805_

Date: _4-2-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Belinda Williams*
Name: BELINDA WILLIAMS
Mailing Address: 15450 NISQUALLI RD. #L101
Date: 5/23/11                              Victorville 92395

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Demtri Williams*

Name: DEMETRIUS Williams

Mailing Address: 1919 W 138RD ST COMPTON CA 90222

Date: 04-03-2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Dominique Willi_____

Name: _Dominique Williams_____

Mailing Address: _67845 Ontina rd Cathedral City 92234_

Date: _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Hildred Williams_

Name: _Hildred Williams_

Mailing Address: _15690 Hawthorne Ave. Fontana Ca. 92335_

Date: _5-16-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Trece Williams_

Name: _Trece Williams_

Mailing Address: _834 Desert Calico Dr Lancaster CA 93534_

Date: _4-30-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

     I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jackie Williams*

Name: Jackie Williams

Mailing Address: 5451 Paramount Bl #206 Long Beach Ca 90805

Date: 4-9-11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *James albert W. Qiams*

Name: *James Albert Williams*

Mailing Address: *6326 8th Avenue*

Date: *4, 9, 2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _LuShon Williams_

Name: _LuSHon Williams_

Mailing Address: _12156 Sproul St APt #16, Norwalk, CA 90650_

Date: _April 23, 2011_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Regina Williams*

Name: *Regina Williams*

Mailing Address: *10310 S. Main St #2, LA. Calif 90003*

Date: *1/6/11*

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Victoria Williams_

Name: _VICTORIA WILLIAMS_

Mailing Address: _522 N. Hinds St Greenville, MS 38701_

ite: _5/23/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Debbie Wilson

Name: Debbie Wilson

Mailing Address: 14630 Tuscan St. V.V. Ca 92394
Victorville, Ca

Date: 3-23-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
**_Hunter v. First Transit, Inc.,_ Case No. 09 CV 6178;**
**_Joshaway v. First Student, Inc.,_ Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____Jessica Wilson_____

Mailing Address: __2592 E. carson st #9 Carson CA 90810__

Date: __4-9-11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

~~I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.~~

Signature: *Michele Wilson (Ca Case Only)*

Name: Michele Wilson

Mailing Address: 11515 S. Budlong Ave #304. L.A. Ca 90044

Date: 4-4-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Alenesa wilson_

Name: _Shenesa wilson_

Mailing Address: _1616 w Rialto Ave #C San Berdo, CA 92408_

Date: _4·6·11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Shanta Wilson_

Name: _Shantá Wilson_

Mailing Address: _145 E. 2nd St #B_

Date: _4/23/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Loretta Wilson-Lascano_

Name: _Loretta Wilson - Lascano_

Mailing Address: _10290 Delmar Montclair CA 91763_

e: _5-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Jessie Marie Winfield*

Name: *Jessie Marie Winfield*

Mailing Address: *3056 Springdale, Dr #365 L.Bonch CA 90816*

Date: *April 9, 2011*

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Outa Whi_

Name: _Deta Wse_

Mailing Address: _1139 W. 70th Street L.A, CA. 90044_

Date: _05 | 14 | 11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Carolyn Woods_

Name: _Carolyn Woods_

Mailing Address: _4006 Grelber Pl #2 LA Ca 90008_

Date: _4-3-11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Cheri Woods*

Name: CHERI WOODS

Mailing Address: 3550 Fenemuir St Riverside CA 92503

Date: 4/9/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Markesha Woods_____

Mailing Address: _9230 Hooper_____

Date: _4-3-11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Robin Woods_

Name: _Robin L Woods_

Mailing Address: _13303 Luton Ct moReno Valley ca 92553_

Date: _3/21/11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Jonnetta Woods_

Name: _Sonnetta Woods_

Mailing Address: _13703 Chadron Ave #5     Hawthorne_
_90250_

Date: _3.24.11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Timothy Woods_____

Mailing Address: _4566 Coliseum St #6  L A  Ch 90016_

Date: _4/9/2011_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Vicki Woods_

Name: _Woods, Vicki_

Mailing Address: _180 S 11th St Perris CA 92570_

Date: _4-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _DANIELLE WRIGHT_____

Mailing Address: _23215 Iron Wood Ave Apt 64 Moreno Valley CA 92557_

Date: _4/23/11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Debbie Yett_

Name: _Debbie Yett_

Mailing Address: _2042 Indian Way Oskaloosa IA 52577_

Date: _05-23-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Ervin Young*

Name: ERVIN YOUNG

Mailing Address: P.O. Box 316 Paramount Ca 90723

Date: 3-29-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Gwendolyn Young_

Name: _Gwendolyn Young_

Mailing Address: _1521 Sepulveda Ave #G San Bernardino CA. 92404_

: _5-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, **Case No. 09 CV 6178;**
*Joshaway v. First Student, Inc.*, **Case No. 10 CV 2244**

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Theodis Young Sr

Mailing Address: 1649½ W. 84th St. CA 90047

Date: 4-4-11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Unia Zapian_

Name: _Sonia Zapian_

Mailing Address: _1118 W. 14th San Bernardino, C.A. 92411_

Date: _March 30, 11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Alma Zavala_

Name: _Alicia Zavala_

Mailing Address: _1111 Mirasol ST LA CA 90023_

Date: _05-14-11_

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _mara c _____

Name: _MARCO A ZEPEDA_____

Mailing Address: _16891 Joshua ST HESPERIA CAL 92345__

Date: _3·21·11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ Maria Milagro Zepeda Cordova

Mailing Address: _____ 8755 South San Pedro ST. LA CA. 90003

Date: _____ 04, 09, 11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Lee Ann Zimmerman_

Name: _Lee Ann Zimmerman_

Mailing Address: _7862 Lankershim #130 Highland Ca 92346_

Date: _3-22-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Olivia Zuniga

Name: OLIVIA ZUNIGA

Mailing Address: 2760 Duffy Street San Bernardino Ca 92407

Date: April 23, 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Zonia L. Zuniga*

Name: ZONIA L. ZUNIGA

Mailing Address: 381 E. BONNIE VIEW DRIVE     Rialto 92376

Date: 03/29/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

8263

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: Claudia lopez

Name: Claudia Lopez

Mailing Address: 11715 Glenoaks Blv. San Fornando ca 91340

Date: 6-28-11

ENTERED JUL 1 2 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
### *Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
### *Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

17656

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Rene Lopez_

Name: _Rene Lopez_

Mailing Address: _7466 Marigold Ave, Highland, CA 92346_

Date: _6-14-11_

**ENTERED** JUL 1 2 2011



## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

28223

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Sammie D. Wall_

Name: _SAMMIE D. WALL_

Mailing Address: _3317 G ST. ANTIOCH, CALIF_

Date: _6·24·11_

Raleys 333          Fax:925-754-6835          Jun 24 2011 10:28am P001/002          Page 02/03

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims
and that I will receive no money from the settlement.

_Shirley Ford_

Name: _Shirley Ford_

Mailing Address: _15195 Sunflower Lane Victorville Ca. 92394_

Date: _6/27/11_

RECEIVED BY

JUL 0 1 2011

SSI

34196

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178; ENTERED JUL 1 2 2011
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: MARY ANDERSON

Mailing Address: 1413 W. 90th STREET

Date: 6/23/2011

Mary Anderson

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.,* Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.,* Case No. 10 CV 2244

34197

I understand that I am requesting to be excluded from the class monetary settlement and the claims

process and that I will receive no money from the settlement.

**ENTERED** JUL 1 2 2011

Signature: _Tracey Antone_

Name: _Tracy Antone_

Mailing Address: _1287 Linda Way #110 Oxnard 93__

Date: _6-24-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**     34198

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244  **ENTERED**  JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims

process and that I will receive no money from the settlement.

Signature: *Rebecca Arredondo*

Name: *Rebecca Arredondo*

Mailing Address: *1077 - L St San Bernardino, Ca. 92411*

Date: *6 | 23 | 11*



## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34199

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _Nicole Bailey_____

Mailing Address: _12622 Morning Star Rd. AV CA 92308_

Date: _6·20·11_____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;    ENTERED    JUL 1 2 2011

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34200

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Date: _____ June 9- 2011 _____

Signature: _____ Wesley E Beatty _____

Printed Name: _____ Wesley E. Beatty _____

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34201

ENTERED   JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ LaShawndra Butler _____

Mailing Address: ___ 1454 Pumalo St #7   S.B. 92404 ___

Date: ___ 6-22-11 ___

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34202

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ AMparo Cunero _____

Mailing Address: _____ oghiphop2@yahoo.com _____

Date: _____ 6-22-2011 _____

6819 Hinds Ave. #28
N. Hollywood, CA 91605

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34203

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Margarita Contreras*

Name: *Margarita Contreras*

Mailing Address: *311 Stillman #C Upland CA 91786*

Date: *6-20-11*



## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34204

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: DANYELL DANIEL

Mailing Address: 3101 E ARTESIA BLVD #123 Long Beach Ca 90805

Date: 0/23/ 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**  34205

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244   **ENTERED**  JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims

process and that I will receive no money from the settlement.

Signature: _____

Name: _Martin J Dena_

Mailing Address: _10844 E. Av R-12    Little Rock Ca 93543_

Date: _6-24-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244 ~~ENTERED~~

34206

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Tatiana Gallardo

Mailing Address: 10105 Beach St #3    Los Angeles, CA 90002

Date: June 20, 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34207

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

ENTERED JUL 1 2 2011

Signature: _Monique J Gershon_

Name: _Monique A. Gershon_

Mailing Address: _7090 Magnolia Ave Apt #72 Riverside CA 92504_

Date: _06/24/11_

06/24/2011 10:43 5106639241 SSRLAW.COM

FIRST STUDENT INC

06/24/2011 10:07 FAX 951 222 2768

@002

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES: 34208

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178; ENTERED JUL 1 2 2011
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature:

Name: Juan C Godoy

Mailing Address 7433 Craner Ave Sun Valley CA 91352

Date: 06/24/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34209

**ENTERED** JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Robert M Graves_

Name: _ROBERT MICHAEL GRAVES_

Mailing Address: _12220 5TH ST SPC 218 YUCAIPA CA 92399_

Date: _6-22-2011_



## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34210

ENTERED    JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: Wayndones

Mailing Address: 11205 S. Broadway Apt 8 LA CA 90061

Date: 6/24/11

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34211

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

**ENTERED** JUL 1 2 2011

Signature: _____

Name: Gilberto Lopez

'ling Address: 921 S. Harlan Ave. Compton CA, 90220

Date: 06-22-11

# REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34212

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Manuel Alfredo Lopez*

Name: MANUEL ALFREDO LOPEZ

Mailing Address: 5653 Laurel cyn. Blvd, Apt. 1 North Hollywood Ca. 91607

Date: 6/22/2011 wendays

ENTERED JUL 1 2 2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34 213

ENTERED JUL 1 2 2011

      I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Guadalupe A Magaña_

Name: _Guadalupe A. Magaña_

Mailing Address: _3930 June St. SB. CA 92407_

Date: _6-20-11_



**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

ENTERED 34214

JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Geri Smith-McClure_

Name: _Geri Geri Smith-McClure_

Mailing Address: _22730 Lopez St. Perris CA 92570_

Date: _6/10/2011_



**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34215

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Maria Meza_

Name: _Maria Meza_

Mailing Address: _15230 Tulip Ct Fontana CA 92335_

Date: _6-21-11_

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34441

ENTERED  JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _____ 148 E. 60th St. Los Angeles Ca.

Mailing Address: Susana Montanez

Date: 6-20-11

☑001                                               06/22/2011  18:24  FAX

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34442

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

**ENTERED** JUL 1 2 2011

Signature: _Georgette Muse_

Name: _Georgette Muse_

Mailing Address: _2955 Somerset DR LA CA 90016_

Date: _June 23, 2011_

Jun 23 2011 10:49am P001/001          Fax:

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34443

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Gloria M Ocana_

Name: _Gloria M Ocana_

Mailing Address: _8810 C ave. Hespeia, CA_

Date: _6/22/11_

06/23/2011 14:14    RECEIVED 06/23/2011 14:02    5186639241    7602445276    SSRFLAW.COM    VILLAS HESPERIA    PAGE 02/03

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:** 34444

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

**ENTERED** JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Martha_

Name: Martha A Reyes

Mailing Address: 3016 W 75 St L.A Ca 90043

Date: 06-22-11

06/22/2011 18:58 5106639241 SSRPLAW.COM PAGE 02/03

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34445

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _C\rystal Salazar_

Name: _Crystal Salazar_

Mailing Address: _51480 Ave. Carranza La Quinta CA 92253_

ate: _10/23/11_

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34446

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _Sergio Soto_

Name: _SERGIO SOTO_

ling Address: _11390 GEYSER DR. MIRA LOMA, CA. 91752_

Date: _6-20-11_



**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Jashaway v. First Student, Inc.*, Case No. 10 CV 2244

34447

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: *Nakita L. Tillis*

Name: Nakita L. Tillis

Mailing Address: 11047 De Garmo Ave. Pacoima, Ca. 91331

Date: June 25, 2011

PAGE 02          1080     FEDEX OFFICE     0801          818-986-9756     17:34  06/25/2011

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34448

**ENTERED** JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

gnature: Rasul Tinsley, *Rasul Tinsley*

ame: Rasul Tinsley

ailing Address: 6326 High Cliff Lane, Fontana, CA 92336

te: 6/24/11

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34449

ENTERED JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _SALAAD WALD_

Mailing Address: _135 E. Holly St #202_

Date: _PASADENA, CA 91103   6-22-11_

06/23/2011  15:01  626-793-5237  FEDEX OFFICE 3701  PAGE 01

**REQUEST** ~~for Exclusion from the Class Action Settlement in~~

~~*Hanon v. First Student, Inc.*, Case No. 09-cv-06178~~

~~*Jackson v. First Student, Inc.*, Case No. 10-cv-06348~~

34450

I understand that I am requesting to be excluded from the class action settlement and the claims process and that I will receive no money from the settlement.

Signature: _Keith E. Young_

Name: _KEITH E. Young_

Mailing Address: _328 W 47th Los Angeles 90037_

Date: _06-20-11_

ENTERED JUL 1 2 2011

**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**
*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;
*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

34451

ENTERED  JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Signature: _____

Name: _BOSIe TAVATA_

Mailing Address: _357 S Ashford Ave Rialto CA 97376_

Date: _6-23-11_

34452

## REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

**ENTERED** JUL 1 2 2011

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

Date: 06/09/11

Signature: _(Caballes)_

inted Name: Albert L. Caballes



**REQUEST FOR EXCLUSION FROM THE FOLLOWING CASES:**

*Hunter v. First Transit, Inc.*, Case No. 09 CV 6178;

*Joshaway v. First Student, Inc.*, Case No. 10 CV 2244

I understand that I am requesting to be excluded from the class monetary settlement and the claims process and that I will receive no money from the settlement.

RECEIVED BY

JUL 2 8 2011

SSI

Date:

Signature: *Bonita A. Erickson*

Printed Name: BONITA A ERICHSON

790 North Lake Havasu Avenue #7 PMB # 203
See New address AZ 86403 Lake Havaso
(I LIVE IN ARIZONA NOW) City, AZ
86403-2967
510 325 2321
CONTINUE CALIFORNIA CASE?