*age*

## IN THE UNITED STATES DISTRICT COURTS
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY,** individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 09 CV 6178 |
| **Plaintiffs,** | ) ) | |
| | ) | Judge Rebecca Pallmeyer |
| v. | ) ) | |
| | ) | Magistrate Judge Susan Cox |
| **FIRST TRANSIT, INC.,** | ) ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON,** individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | Case No.   10 CV 7002 |
| **Plaintiffs,** | ) ) | |
| | ) | Judge Rebecca Pallmeyer |
| v. | ) ) | |
| | ) | Magistrate Judge Susan Cox |
| **FIRST STUDENT, INC.,** | ) ) | |
| **Defendant.** | ) | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND DISMISSING CLAIMS WITH PREJUDICE

Plaintiffs Tasha Joshaway, Michael Yurkowski, George Beckett, Debbie Goin, Pennie Johnson, Elizabeth Hunter, William Garraughty, and Linda Stoike, on behalf of themselves and the classes described below, and Defendants First Transit, Inc. and First Student, Inc. have reached a proposed Settlement Agreement resolving all claims in these consolidated lawsuits.

The Plaintiffs have filed an unopposed motion for final approval of the proposed Settlement Agreement, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. Having reviewed the Plaintiffs' motion and having held a public hearing on the fairness of the Settlement Agreement, with counsel for all parties present, the Court orders as follows:

1.    Pursuant to the Court's March 25, 2011 Order, the Court defines the Settlement Class and Subclasses as follows:

### Definition of "Settlement Class"

An individual is a member of the Settlement Class if, between October 5, 2007 and August 10, 2010, Defendants: (1) procured a consumer report about the individual without making the disclosure required by 15 U.S.C. § 1681b(b)(2)(A)(i); (2) procured a consumer report about the individual without the individual's written authorization; or (3) took adverse action against the individual based in whole or in part on a consumer report without first providing the individual a copy of his or her consumer report and the FTC's Summary of FCRA Rights.

### Definition of "Disclosure Subclass."

An individual is a member of the Disclosure Subclass if and only if the individual satisfies both of the following conditions: (1) one of the Defendants procured a consumer report about the individual between October 5, 2007 and August 10, 2010; and (2) the Defendant that procured the consumer report made the disclosure required by 15 U.S.C. § 1681b(b)(2)(A)(i) using a document that contained a release of liability or that otherwise did not comply with that provision.

### Definition of "No Authorization Subclass"

An individual is a member of the No Authorization Subclass if and only if the individual satisfies one or both of the following conditions: (1) between October 5, 2007 and August 10, 2010, a consumer report regarding the individual was procured and uploaded to the J.J. Keller & Associates, Inc. Driver Management Online database ("DMO"), and either: (i) the consumer report was uploaded to the DMO more than seven days before the individual's Part I Form was uploaded to the DMO, or (ii) no Part I Form for the individual was ever uploaded to the DMO; or (2) one of the Defendants procured from AFR a consumer report about the individual

between October 5, 2007 and August 10, 2010.

### Definition of "Adverse Action Subclass."

An individual is a member of the Adverse Action Subclass if and only if the individual satisfies all of the following conditions: (1) one of the Defendants procured a consumer report about the individual; (2) one of the Defendants took adverse action against the individual based in whole or in part on the consumer report; (3) such adverse action took place between October 5, 2007 and August 10, 2010, and (4) the individual did not receive from First Transit or First Student both a copy of his or her consumer report and the FTC's Summary of FCRA Rights before suffering such adverse action, or First Transit or First Student did not otherwise comply with the requirements of the FCRA when taking such adverse action.

2.     The Court finds that Settlement Services, Inc. ("SSI"), the appointed Settlement Administrator, has met all requirements the Court set forth in its Order Granting Preliminary Approval of the Settlement, including dissemination of the Class Notice and verifying addresses of Class Members whose notices were returned as undeliverable. The Court finds that the direct-mail notice program used in this case satisfies Rule 23(e) of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution.

3.     The Court finds that Defendants have met all the requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

4.     The Court has determined that the terms of the settlement represent a fair, reasonable, and adequate resolution of this matter.

5.     Except as to the individuals who have validly and timely requested exclusion from the Settlement Agreement, the Court hereby dismisses these cases with prejudice against Defendants. The individuals who have validly and timely requested exclusion from the Settlement Agreement are named in Appendix 1 to this Order. As to the individuals

named in Appendix 1, the Court dismisses these cases without prejudice. The individuals named in Appendix 1 include those Class Members who filed an opt out through counsel and subsequently filed a claim form. The individuals named in Appendix 1 do not include those Class Members who filed opt outs after the deadline listed in the class notice, and they do not include those Class Members who were unrepresented by counsel and who filed a claim form after filing an opt out notice.

6.     Except as to the individuals in Appendix 1, who have all validly and timely requested exclusion from the Settlement Agreement, all Class Members herein release and discharge FirstGroup America, Inc., First Transit, Inc., and First Student, Inc., and their direct and indirect parent companies (including FirstGroup plc (UK)), their subsidiaries (including First Vehicle Services, Inc.), their predecessors (including Laidlaw Transit, Inc. and Laidlaw Education Services, Inc.), their successors and assigns, and their officers, directors, employees, attorneys, and insurers from any and all claims, debts, penalties, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, actions or causes of action of whatever kind or nature, whether known or unknown, that were alleged or that reasonably arise out of the facts alleged in the above-captioned lawsuits, for the time period October 5, 2007 through and including August 10, 2010.

7.     Without affecting the finality of this order, this Court hereby retains continuing jurisdiction over the implementation of this Settlement Agreement and any award or distribution of the Qualified Settlement Fund ("QSF"), including interest earned thereon.

8.     The Court directs payment from the QSF to Tasha Joshaway, Michael Yurkowski, George Beckett, Debbie Goin, Elizabeth Hunter, and William Garraughty a sum of $5,000.00 per person over and above the amount that they are entitled to by virtue of their

status as Class Members. The Court directs payment to Linda Stoike and Pennie Johnson a sum of $1,000.00 per person over and above the amount that they are entitled to by virtue of their status as Class Members. These payments shall occur no later than fifteen days after the Settlement "Effective Date," as defined in the parties' Settlement Agreement.[1]

9. The Court directs payment from the QSF to Class Counsel a total sum of $1.18 million, which amounts to 20% of the common fund created by the Settlement Agreement. The Court finds that this award of attorneys' fees, costs, and expenses fairly represents the market rate of Plaintiff's attorneys services, had their fee been negotiated with the class at the outset of the litigation. This payment shall occur no later than fifteen days after the Settlement "Effective Date," as defined in the parties' Settlement Agreement.

10. The Court directs payment from the QSF of $539,700, less the $150,000 previously paid, to Settlement Services, Inc. for work performed as Settlement Administrator. The net payment of $389,700 shall occur no later than fifteen days after the Settlement "Effective Date," as defined in the parties' Settlement Agreement.

11. The Court directs Settlement Services, Inc. to issue checks, as provided in the Settlement Agreement, to all Class Members who returned valid and timely claim forms. These payments shall be made from the QSF and shall occur no later than fifteen days after the Settlement "Effective Date," as defined in the parties' Settlement Agreement.

---

[1] The parties' Settlement Agreement defines "Effective Date" as follows: "the date on which all of the following have occurred: (1) the Court has finally approved this Settlement Agreement and has signed and entered an order so indicating; (2) the Court has entered an Order and Judgment dismissing the Action with prejudice, with continuing jurisdiction limited to enforcing this Settlement Agreement; and (3) the time for appeal has either run without an appeal being filed or any appeal (including any requests for rehearing *en banc*, petitions for certiorari or appellate review) has been finally resolved."

12.     Six months after the Settlement Administrator issues checks to class members, it shall distribute the balance of the QSF, first, to First Group America, Inc., in an amount equal to the employers' share of payroll taxes or contributions required for settlement payments made to No Authorization Terminated Fund Participants, and second, to Cabrini Green Legal Aid Clinic, 740 N. Milwaukee Ave., Chicago, IL 60642, as a Cy Pres Award to be used for programs advocating employment opportunities for individuals with criminal records.

ENTERED:

_____
United States District Court Judge

Dated: _____

**Appendix 1**

| lname | fname |
|---|---|
| ACEVEDO | GRISELDA |
| ACEVES | MYRNA |
| ACHTERBERG | DONNA LEE |
| ACOSTA | ANA L. |
| ACOSTA | CRISTINA |
| ADAMS | CARRIE |
| ADAMS | CHARLINA |
| ADDISON | TERRELL LASHAWN |
| AGUILAR | ELSA |
| AGUILAR | INGRID |
| AGUILERA | DENIA D. |
| AGUILERA RIVAS | RACHEL |
| AGUINAGA | JESUS |
| AHRENS | LARRY R. |
| ALARCON | FRANCISCO |
| ALCARAZ | ANTONIO |
| ALCAZAR | VERONICA |
| ALCORN | ERWIN SPENCER |
| ALDRIDGE | WILLIAM |
| ALEXANDER | BARBARA J |
| ALEXANDER | DEORA |
| ALFARO | MARTA E |
| ALFEREZ | TRANSITO |
| ALFORD | ELLA |
| ALLEN | JOSHUA |
| ALLISON | DONELL |
| ALONSO | EUSEBIO |
| ALONSO | RUBY A |
| ALONZO | ANGEL A |
| ALTAMIRANO | AMALIA |
| ALVA | ROBERTA |
| ALVARADO | ANGELICA M |
| ALVARADO | EVELYN |
| AMAYA | JACQUELINE L |
| AMAYA | LUIS |
| AMEZCUA | GUADALUPE |
| ANAYA | CARLOS A |
| ANDERSON | ERICA |
| ANDERSON | MARY |
| ANDERSON | QUEEN |

| lname | fname |
|---|---|
| ANDERSON | VERNA |
| ANDUJO | VALERIE |
| ANTHONY | EDWARD O |
| ANTOINE | TRACY |
| ANZEL | LINDA MERCY |
| ARCINIEGA | JUAN |
| ARCORAS | JUAN P |
| ARMAN | JOSE |
| ARMENDARIZ | ANGELINA B |
| ARMIENTA | ELIZABETH |
| ARMSTRONG | CLARA VERVIE |
| ARMSTRONG | LEZLIE J. |
| ARMSTRONG | MARY |
| ARREDONDO | REBECCA |
| ARROYO | JUAN M. |
| ARZATE | ARACELI E. |
| ARZATE | JESUS A |
| ASENCIO | MIGUEL ANGEL |
| ASHLEY | SHERRY |
| AVALOS | GUADALUPE |
| AVILA | JULIA H |
| AVILA | LUCINA B |
| AVILA | MARTHA |
| AYALA | JUANITA |
| BAKER | TIFFANY |
| BALL | SHERRIE L. |
| BALTAZAR | SYLVIA C |
| BALTZGAR | COURTNEY |
| BANKS | LALISA |
| BANTA | LARRY |
| BANUELOS | PABLO I. |
| BARAJAS III | ARMANDO |
| BARNER | LATANYA YVETTE |
| BARNES | DORA |
| BARNES | LAQUITA |
| BARNES | WILLIE |
| BARRON | ANNETTE |
| BARTLETT | ANNETTE |
| BARTLEY | NICOLE |
| BATES | CAMEO |
| BATMAN | SHARON |
| BAUGH | THEOLA |
| BAY | MICHAEL |

| lname | fname |
|---|---|
| BAZA | JOSE |
| BAZO | FRANCIS |
| BEAN | VANESSA |
| BEANS | TAVELL D |
| BEATTY | WESLEY |
| BEBOUT | MATTHEW |
| BECERRA | YESENIA |
| BEDOLLA | MARTHA |
| BEDOLLA | RAMON A |
| BELCHER | TEYONYE |
| BELL | LATRICE N |
| BELL | VENITA |
| BELL, JR | JAKE |
| BENAVIDES | JUAN A. |
| BENJAMIN | CHARLENE |
| BERGERON | JOHN |
| BERRY | KURT |
| BETHLEY | BENNY |
| BEYER | DONALD |
| BIRDNER | LISA |
| BISHOP | KENNETH P |
| BLALOCK | ROBIN L |
| BODURYAN | GEVORK |
| BOGARDUS | LEON |
| BOHORQUEZ | LAURA O |
| BOJANAC | ELLEN |
| BOLANOS | JOSE A |
| BOLDEN | ROBERT |
| BOLER | JOREL |
| BOLER | PAMELA |
| BONER | TREVA L |
| BONILLA | NAZIRA |
| BONTE | MARIA VICTORIA |
| BOOKER | CARLA A |
| BOOKER | PAUL E |
| BOSWELL | LEONA |
| BOUCH | CATHY L |
| BOUDREAUX | HELEN J |
| BOUDREAUX | KENNETH |
| BOWDEN | AILENE |
| BOWENS | ROXANNE |
| BOYD | MYCHALAI |
| BOYD | ROCHELLE |

| lname | fname |
|---|---|
| BOYER | CONSTANCE |
| BOYETTE | SHOANDRIKA |
| BRACAMONTEZ | ROSEMARY |
| BRACKENS | TASHIKA |
| BRACKINS | MARGUERITEANN |
| BRADLEY | SHARON |
| BRANOM | TWANDA L |
| BRANTLEY | ALEATHA |
| BRENA | FRANCISCO |
| BREWTON | LORRAINE |
| BRIGHT | BOBBIE |
| BROADBENT | LILLIE DIANE |
| BROOKS | COURTNEY |
| BROOKS | ROSALAND |
| BROOKS | TAMIKA |
| BROOMFIELD | CHENICE |
| BROWN | CALEB |
| BROWN | EBONY M |
| BROWN | ERIC |
| BROWN | JOYCE |
| BROWN | KATANYA |
| BROWN | RAYCHELL |
| BROWN | SHARON L |
| BROWN | SHOVONDA TANISHA |
| BRYDEN | DARLENE |
| BRYDEN | JAMES |
| BURBAGE | DAVID |
| BURGESS | CARLA |
| BURKE | GLENDA L. |
| BURKE | MYRTLE |
| BURNEY | BEVERLY ANN |
| BURNS | BEVERLY J |
| BURNS | SARAH |
| BURNS | STANLEY |
| BURNSIDE | STEPHEN |
| BUTLER | LASHAWNDRA |
| BYRD | DONETTE |
| CABALLERO | JAVIER E |
| CABALLES | ALBERT L |
| CABRAL | ADRIAN |
| CABRALES | JOSE A |
| CABRALES | NOE |
| CABRERA | ANNE |

| lname | fname |
|---|---|
| CALDERON | JUANA |
| CALHOUN | KANISHA |
| CALLOWAY | RENEE C |
| CAMERON | KEONA L. |
| CAMMACK | ERNEST |
| CAMPILLO | MARIBEL |
| CAMPILLO | MERCEDES |
| CAMPOS | ANDREW L |
| CAMPOS | DOLORES |
| CAMPOS | ELIZABETH |
| CANDELARIA | MARISELA |
| CANO | EDITH |
| CARABALLO | SANDRA |
| CARDENAS | LAURA |
| CARNES | EUGENE |
| CARO | DEBRA |
| CARRANZA | WILLIAM G |
| CARRASCO | MARIE E |
| CARREON | REBECCA |
| CARRERO | AMPARO |
| CARRILLO | ARTHUR |
| CARRILLO | JOSEFINA |
| CARRILLO | MARIA |
| CARSON | LISHA |
| CARSON | MICHAEL DAVID |
| CARTER | ESTHER |
| CARTER | RONIQUE |
| CASARUBBIA | JOHN G |
| CASTANO | ANNA |
| CASTELLON | OSCAR O |
| CASTILLO | ALEJANDRA V |
| CASTRO | ALEJANDRO RIOS |
| CASTRO | JUAN F |
| CAVALLAS | CRYSTAL |
| CELESTINE | METINE |
| CENTENO | MARINA |
| CHACON, JR. | LUIS A. |
| CHAMBERS | ROSE |
| CHAN | MARIA |
| CHAPMAN | SHADE |
| CHARLES | NATASHA |
| CHASE | FREIDA J |
| CHAVARRIA | NET YONE |

| lname | fname |
|---|---|
| CHAVARRIAGA | JAIRO |
| CHAVEZ | ARLENE |
| CHAVEZ | IRMA |
| CHAVEZ | JUAN C |
| CHAVEZ | MANUEL |
| CHAVEZ | PORFIRIO |
| CHAVEZ RODRIGUEZ | LEOBARDO |
| CHEVEZ | PILAR |
| CHILDRESS | DEIDRE KERKLETTEE VICTORIA |
| CHILES | DEVERY L |
| CISNEROS | ANA |
| CLARK | MONIQUE |
| CLARK | SHARON |
| CLARKE | JOYCE |
| CLARY | JOYCE MARIE |
| CLAY | JOYCE |
| CLAYTON | DANA R |
| CLAYTON | FREDRICK |
| CLEMONS | MYIESHA |
| CLEVELAND | JONI J |
| CLOUD | GLORIA |
| CLYDE | ROLINDA M |
| COLATO | JOSE DANIEL |
| COLEMAN | RICHARD |
| COLLIS | LORA |
| COMPSON | TODD A. |
| CONNOR | EILEEN |
| CONTRERAS | MARGARITA |
| CONTRERAS | VICKI |
| COOKSEY, JR | LARON |
| COOPER | ERMA JEAN |
| COPLAN | CONSTANCE MAE |
| CORLEY | JAMAR WY KEEN |
| CORONA | LUIS R |
| CORONA | MELODIE |
| CORONA | SUSAN |
| CORREA | FLORENTINO |
| CORREA SOLIS | ROSA E |
| CORTEZ | JANETTE L |
| CORTEZ | RODOLFO |
| COSMAI | MARCO |
| COTE | PAMELA L. |
| COTTRELL | HELEHA NELSON |

| lname | fname |
|---|---|
| COVARRUBIAS | MARIA |
| COX | TYESHA |
| CRAIG | TRACY REED |
| CRONE | TERRI A |
| CROUTCH | EDNA |
| CRUZ | DINA |
| CRUZ | FRANCISCO |
| CRUZ | MARCOS |
| CRUZ | MARIA D |
| CRUZ | SUZANNA E |
| CRUZ | VIRGIL |
| CRUZ RAMIREZ | SANTIAGO |
| CRUZ RAYAS | MIRIAN |
| CUBILLO | JOSE A |
| CURTIS | MYISHA |
| CUSTARD | MICHAEL |
| CUTHBERT | EVELYN |
| DALY | DANIEL LEE |
| DANIEL | DANYELL |
| DARBY | MINNIE E |
| DARTY | EVETTE |
| DAVIDSON | JOHNNY |
| DAVIES | DEMETRA |
| DAVILA | DEBORAH |
| DAVILA | JACQUELINE |
| DAVIS | ANTONIA |
| DAVIS | DAWN A |
| DAVIS | DEBORAH L |
| DAVIS | EUNICE |
| DAVIS | HERISCEEN |
| DAVIS | KIMBERLY |
| DAVIS | LAVONE |
| DAVIS | MAURICE |
| DAVIS | ROBERTO |
| DAVIS | YVONNE |
| DAYTON | WILLIAM A |
| DE LA CRUZ | LORENZO |
| DE LA GARZA | REGINA |
| DEATON | LYNNE |
| DEIBERT | VICKY L |
| DELARA | MARQUITA |
| DELGADO | TANIA E |
| DELGADO FRUCTUOSO | RAFAEL |

| lname | fname |
|---|---|
| DELL | KENNETH J |
| DELONG | DAVID M |
| DENA | MARTIN J |
| DENWITTY | DRUCILLA |
| DEOJAY | JOSEPH A |
| DEW | DEBORAH |
| DIAZ | MILTON |
| DICKINSON | SHANNON |
| DILLS | JOHN LEON |
| DINKINS | VIVIAN |
| DOBIS | KIMBERLY L. |
| DOLLER | HENRY |
| DOODY | RONALD STEPHEN |
| DORADO GONZALES | RACHEL |
| DORRIS | FRANCES |
| DOTSON | LINDA L. |
| DOUGLAS | DORIS |
| DOUGLAS | VENETTA |
| DUKES | INELL |
| DULIN | ALLISON |
| DUNCAN | RONALD S. |
| DUNN | GERALDINE |
| DUNN | ROSLYN |
| DUNNING | SHARON |
| DURAN | RAFAEL |
| DURAN ALONSO | SUSANA |
| EBBS | EUNIQUE |
| EBELING | LAURA |
| EBERLINE | DARLENE |
| ECHAVARRIA | PETE |
| EDWARDS | CHANA |
| EKSTRAND | ROBYN A. |
| ELLIOTT | KAREN L |
| ELLISON | CATHY MYNETTE |
| ENAMORADO | DIGNA |
| ENGLISH | ERIC |
| ENRIQUEZ | JOSE A |
| ENRIQUEZ | MARIO ELI |
| ERAZO | FRANCISCA |
| ERICKSON | BONITA |
| ESPINOLA | DENICIA A |
| ESPINOZA | VICTOR |
| ESTRADA | FLORA |

| lname | fname |
|---|---|
| EUZQUIANO | PEDRO C |
| EVANGELISTA | SAMUEL A |
| EVERETT | MISHANDA |
| EVERETT | VINCENT |
| FARIAS | MARISSA |
| FERBER JR | JOHN H |
| FIERROS | AIME |
| FIGUEROA | JESSICA |
| FINDLAY | INTHIA |
| FINLEY | NORA |
| FIORILLO | ANNA |
| FIORILLO | SALVATORE |
| FISHER | PAULETTE |
| FITCH | SAMANTHA |
| FITIVALE | MAY |
| FITZPATRICK | MIRANDA |
| FLORENCE | RHONDA |
| FLOURNOY | VENITA IRENE |
| FORD | MISHEKIA |
| FORD | ROBERTA A |
| FORD | SHIRLEY |
| FOSTER | FELICIA |
| FOSTER | MICHAEL |
| FRANKLIN | TRINELL |
| FRAZIER | BILLY |
| FREEMAN | JOANN TRONAE |
| FREEMAN | THOMAS |
| FREITAS | DELIA |
| FRENCH | ANNETTE |
| FRENCH | JAMES |
| FRENCH | TASHA |
| FUENTES | ISABEL |
| FUENTES | MARIA |
| FUENTES | OFELIA |
| FUENTES | VICTORIA |
| FUERTE | YANETH |
| GABLE | KAREN D |
| GAFFORD | LORI LYNN |
| GALAN HERNANDEZ | HELCIAS |
| GALARZA | ANTOINETTE |
| GALBURTH | TATIANA |
| GALDAMEZ | DALILA |
| GALEANA | FRANCISCO |

| lname | fname |
|---|---|
| GALLEGOS | JOEL |
| GALLIMORE | CONNIE |
| GAMAGE | ROSE |
| GAMEZ | BERTHA N |
| GAMMAGE | TROYLYN |
| GARAY | CARLOS |
| GARCIA | ALEJANDRA |
| GARCIA | CAROL |
| GARCIA | ELIZABETH |
| GARCIA | JUAN |
| GARCIA | LUPE |
| GARCIA | MARTIN |
| GARCIA | MAYELA |
| GARCIA | PAULA |
| GARCIA | RAUL |
| GARCIA | STEPHANIE |
| GARCIA CARDONA | LUCIA |
| GARDNER | PENNY L |
| GARZA | RICARDO |
| GASSMAN | NATHAN |
| GAY | CHAD H |
| GELLER | IRMA YESENIA |
| GENTRY | KAILA |
| GEORGE | NICIE H |
| GERSHON | MONIQUE |
| GHARADAGHI | BORIS |
| GIBBS | NOVALEA |
| GIBSON | SARAH E |
| GIESE | REBECCA L. |
| GIGLIOTTI | FRANK I. |
| GIL | GESTHEL G |
| GILBERT | JOHN |
| GIPSON | LAVON |
| GODINEZ | CHRISTINA |
| GODINEZ | MICHELLE |
| GODOY | JUAN C |
| GOMEZ | CARMEN E |
| GOMEZ | LAURA |
| GOMEZ | MERCEDES S |
| GOMEZ SANDOVAL | LAURA GUADALUPE |
| GONZALES | LAURA |
| GONZALES | LISA |
| GONZALES | SYLVIA |

| lname | fname |
|---|---|
| GONZALEZ | DOMINGO |
| GONZALEZ | ELSA S |
| GONZALEZ | ERIKA |
| GONZALEZ | JOSE |
| GONZALEZ | JOSE A |
| GONZALEZ | JUAN |
| GONZALEZ | LIDIA |
| GONZALEZ | MARIA C |
| GONZALEZ | RAFAEL ANGEL |
| GOODALL | LORRAINE |
| GORDON-HAYES | JANE |
| GOSSELIN | JOHN D |
| GRADY | TRACY |
| GRAJEDA | TINA D |
| GRANT | CHARLESETTA |
| GRANT | JEFFREY L |
| GRAVES | ROBERT MICHAEL |
| GRAY | CALVIN |
| GRAY | JOHN |
| GREEN | DELIA M |
| GREEN | MARIE JONAY |
| GREENWOOD | DIANA |
| GREINER | KEVIN E |
| GRIER | TASHRYA |
| GRIFFIN | LODAS R |
| GRIFFIN | TACHA |
| GRIFFIN | THEDAS R |
| GRIFFIN | TIMOTHY P. |
| GROCE | TAMMIE M |
| GUILLEN | VIVIAN |
| GUIZAR | GUADALUPE |
| GUTIERREZ | JUAN F |
| GUTIERREZ | LINDA |
| GUTIERREZ | SERGIO |
| GUTTER | WESLEY |
| GUY | CORENE O |
| GUY | KATHRYN |
| GUZMAN | DARRI-JEAN |
| HACKETT | FELICIA |
| HADDAD | AWATEF |
| HAGOPIAN | ARAM |
| HAIRSTON JR | TC |
| HALL | IRENE LEE |

| lname | fname |
| --- | --- |
| HAMILTON | BOBBIE |
| HAMLETT | KIM |
| HAMMOND | CANDICE |
| HANAH | DORIS |
| HANDY | SHEILA |
| HARDSON | DEBORAH FRANKIE |
| HARDSON JR | WILLIAM |
| HARDY | JEFFREY G. |
| HARGROVE | FREDONIA |
| HARMON | MARLEEN F. |
| HARO | VERONICA |
| HARPER | TAMMIE |
| HARRIS | MIRIAM |
| HARRISON | JOANNA |
| HARSHAW | LETONIA |
| HARSIN | SAMUEL |
| HARTWELL | JEANETTE |
| HASKIN | ANTHONY |
| HASSELBROOK | PAULINE MARIE |
| HAWKINS | ARLETTE |
| HAYES | DANITA |
| HAYES | DERRICK |
| HECKER | PATRICIA |
| HEMPHILL | ILEEN D |
| HENDERSON | SHAKENA |
| HENDERSON | WARD |
| HENDRIX | GLORIA |
| HENRIQUEZ | CARLOS A |
| HENRY | HARVEY |
| HERBERT | PATRICIA ANNE |
| HEREDIA | MARIA |
| HEREDIA | STEVE |
| HERNANDEZ | CARMEN CAROLINA |
| HERNANDEZ | CERONICA C |
| HERNANDEZ | EDGAR ARMANDO |
| HERNANDEZ | ELIZABETH |
| HERNANDEZ | FRANCISCO |
| HERNANDEZ | JUAQUIN |
| HERNANDEZ | MARGARET |
| HERNANDEZ | MARIE |
| HERNANDEZ | MARIZA LOPEZ |
| HERNANDEZ | PETER |
| HERNANDEZ | RICARDO |

| lname | fname |
|---|---|
| HERNANDEZ | TINA |
| HERNANDEZ | YOLANDA |
| HERNANDEZ JR | ADRIAN |
| HERRERA | JOSE OMAR |
| HICKS | AMANDA K |
| HICKS | SHAUN'REY |
| HILER | CAROLYN K |
| HILL | MARIA ELISE |
| HILL | WAYNE E |
| HILLMAN | LEERENDA |
| HINEX | OLLIE |
| HO | DANNY |
| HOCKETT | BRITTNEY DIONNE |
| HOFFMANN | LUCILLE I |
| HOGAN | MARVELLA P |
| HOLGUIN | ERIKA |
| HOLLAND | GINA |
| HOLLINS | TERESA |
| HOLLOWAY | LA SHONDA |
| HOLMES | CHARMAINE |
| HOLMES, SR. | ROY |
| HONESTO, JR. | REYMUNDO |
| HOOD | GREGORY C |
| HORN | SARETTA |
| HORSTMAN | DELVAN |
| HOSANNAH | KEVIN |
| HOUSE | RAYMOND |
| HOWARD | EUGENE |
| HOWARD | KIRK |
| HOWARD | OSCAR G |
| HUDSON | ELIZABETH |
| HUDSON | JACQUELINE |
| HUDSON | PATRICIA |
| HUDSON | SHARON |
| HULL | STEVEN B |
| HUNT | LAURLYN |
| HUNTER | TYIESHA |
| HUNTER-MAGEE | DEBRA |
| HWANG | JOO SUK |
| HYCHE | MARY |
| IM | STEVEN |
| INGRAM | GLENDA L. |
| INIGUEZ | DELFINO |

| lname | fname |
|---|---|
| ISLAS | MARTHA MINERVA |
| JACKSON | ELITA |
| JACKSON | GWENDOLYN |
| JACKSON | JANET L. |
| JACKSON | JEREMIAH |
| JACKSON | LEMITIA C |
| JACKSON | LIZZIE |
| JACKSON | NORRIS |
| JACKSON | TONETTE C |
| JACKSON | VENICA |
| JACKSON | WILLIAM H |
| JACOBI | PEGGY |
| JACOBS | HENRY D |
| JAMERSON | GERTRUDE |
| JAMES | CHERYL DENISE |
| JAMISON | BETTY A |
| JAMISON | KATHIE RENEE |
| JAMISON | ROBIN |
| JAMISON | RUFUS |
| JARVIS | CHRISTY |
| JIMENEZ | ISRAEL |
| JIMMERSON | LASHONDRA |
| JOHNSON | BRENDA |
| JOHNSON | COLLEEN GAIL |
| JOHNSON | DELOIS P. |
| JOHNSON | DOLLY |
| JOHNSON | ERIC |
| JOHNSON | KENNETH |
| JOHNSON | LATRICE |
| JOHNSON | MARIO |
| JOHNSON | MICHAEL B |
| JOHNSON | NATASCHA |
| JOHNSON | OLEGA V. |
| JOHNSON | SAZBRA |
| JOHNSON | SHAKORI |
| JOHNSON | VANESSA M |
| JOHNSON JR | LEVI |
| JOHNSON-WALLACE | ANGELA |
| JONES | CAROLE |
| JONES | CELESTE |
| JONES | CELLIA |
| JONES | DEMETRIA |
| JONES | ERIC |

| lname | fname |
|---|---|
| JONES | ETHEL |
| JONES | GUY L. |
| JONES | LATASHA |
| JONES | LATISHA T |
| JONES | LISA |
| JONES | SHANTA R |
| JONES | WAYNESHA |
| JONES-MCCRARY S | MICHEAL S |
| JORDAN | DONNA |
| JORDAN | MARY ANN |
| JORGENSEN | DAVID LEE |
| JOSEPH | JOHN M |
| JOVEE | RAFAEL |
| JOYA | VINCENT E |
| JUAREZ | JEAN |
| JUMP | TAMY |
| KAISAKI | JOHNNY |
| KASSA | MEKONNEN G |
| KEENER | KAREN R |
| KELLY | CHRISTOPHER A |
| KENDRICK | JACQUELINE |
| KENNA | MICHAEL SCOTT |
| KENNEDY | TYREISHA |
| KING | FATAI |
| KING | JILL |
| KING | PEGGY |
| KING MCCALL | RONIDIA |
| KIZZEE | PAULA |
| KNIGHT | GINA MARIE |
| KNOPP | JANE RODERTA |
| KO | SUEJEE |
| KOKOYAN | GRIGOR |
| KOLLING | DANIEL |
| KRAFT | CLAYTON S |
| KRUEGER | CARRI MICHELLE |
| KURTZWEIL-MOSHER | SHIRLEY |
| LADNER | CONSTANCE M |
| LAFOND | KAYE L. |
| LAKEY | ALVINA K |
| LAMBERT | ALLEX |
| LANDERS | ROBIN T |
| LANDS | MARGARET L |
| LANE | CHRISTY |

| lname | fname |
|---|---|
| LANE, III | EDWARD N |
| LAVERDE | DAMIANA |
| LAVINE | ARLESTER |
| LAWRENCE | ANSERT |
| LECHUGA | WANDA |
| LEDESMA | MONICA |
| LEDEZMA | SANDRA M CASTILLO |
| LEE | BETTY ANN |
| LEE | LATOYA |
| LEE | LUCILLE |
| LEE. JR | CHARLES E |
| LEE-CROCKETT | FRIEDA |
| LEMON | WILLIAM C |
| LEMUS | FRANCISCO OUIDIO |
| LEON | HILARIO |
| LEONARD | FRITZNER |
| LESLIE, III | URIEL G |
| LEVETZOW | JULIE |
| LEWIS | BENISHA |
| LEWIS | LETHER RENAE |
| LEWIS | LLOYD |
| LEWIS | MIRACLE |
| LEWIS | MONIQUE |
| LEWIS | SHAQUANDIA J |
| LEZAMA | SANDRA |
| LINARES | MARISELA |
| LINTHICUM | JEANETTE R |
| LITTLE | KEYANA |
| LITTLEJOHN | ANDRE |
| LIZAOLA | CHRISTINA |
| LLAMAS | PATRICK FRANK |
| LLAMAS | ROSEMARY GUERRA |
| LOCK | LAURA |
| LOCKETT | O'SHANA |
| LOGGINS | MARCUS |
| LOGGINS | ROBIN |
| LOMELI | MARTHA |
| LOPEZ | ALICE |
| LOPEZ | CLAUDIA E |
| LOPEZ | CYNTHIA |
| LOPEZ | GILBERTO |
| LOPEZ | HECTOR |
| LOPEZ | MANUEL |

| lname | fname |
|---|---|
| LOPEZ | MANUEL ALFREDO |
| LOPEZ | MARDOQUEO |
| LOPEZ | MARIBEL |
| LOPEZ | MIGUEL A |
| LOPEZ | NORMA |
| LOPEZ | PAULETTE A |
| LOPEZ | PETER |
| LOPEZ | RENE |
| LOPEZ | SANJUANA LUJANO |
| LOPEZ | TANYA |
| LOPEZ | VERONICA |
| LORD | DONNA |
| LOVE | JACQUELINE M |
| LOVE | RODNEY |
| LUEVANO | SOCORRO |
| LUJAN | LARRY |
| LUNA | MIGUEL ANGEL |
| LYMAN | BARRY |
| LYTLE, III | WILLIAM L |
| MABRY | DANISHA |
| MABRY | MONICA |
| MACIAS | IMELDA |
| MACIEL | JOAQUIN |
| MADRIGAL | MARTHA |
| MAGADAN RAMIREZ | ENRIQUE |
| MAGANA | GUADALUPE A |
| MAGANA | STACY L |
| MALAGON | MARIA |
| MALDONADO | OLIVER |
| MANRIQUEZ | RAYMOND A |
| MARACLE | CLAUDIA JOANN |
| MARQUEZ | ARTURO PEREZ |
| MARQUEZ | JOSE A |
| MARQUEZ | MIGUEL |
| MARQUEZ | ROSIE A |
| MARTIN | BARBARA |
| MARTIN | BEVERLY |
| MARTIN | CLOYD |
| MARTIN | KERRY |
| MARTIN | RAYMOND |
| MARTINEZ | BEATRIS S |
| MARTINEZ | CIPRIANO |
| MARTINEZ | CRYSTY |

| lname | fname |
|---|---|
| MARTINEZ | EDWARD |
| MARTINEZ | ENRIQUE |
| MARTINEZ | GUILLERMO A |
| MARTINEZ | ISAAC |
| MARTINEZ | JOE Z |
| MARTINEZ | LINDA Y |
| MARTINEZ | LITA |
| MASLOW | JUDY |
| MATTHEWS | CHERYL |
| MAXEY | LENEDA |
| MAXWELL | SHANEQUA |
| MCCLENDON | GAYRETTA |
| MCCLENDON, JR. | EDDIE HUE |
| MCCRAY | EL'VETRAS |
| MCCRAY | JOANNE |
| MCCRORY | JUDENE |
| MCDONALD | ZANE |
| MCELROY | DEBRA |
| MCGEE | SHIRLEY A |
| MCGILL | TARYN |
| MCGUIRK | AVELLA |
| MCINTYRE | CASSANDRA |
| MCKELVEY | HELEN |
| MCKINNEY | KEVIN RICHARD |
| MCKISSIC LUCAS | TEILDA |
| MCNEAL | SHARION |
| MEDINA | ISIDRA |
| MEDINA | LUZ SANDRA |
| MEDINA | OSCAR TOVAR |
| MEDINA | PATRICIA MARIE |
| MEDINA | ROBERTA |
| MEDINA | TONY S |
| MEDRANO | MARTHA |
| MEJIA | SAMUEL A |
| MELGOZA | ELISA |
| MELSER | MELISSA M |
| MENA | CORNELIO |
| MENDEZ | JOSE ALEJANDRO |
| MENDOZA | GUILLERMO |
| MENJIVAR | MILADY |
| MENJIVAR, SR. | MIGUEL f |
| MENJIVOR | MANUEL JESUS |
| MEREDITH | JOYCE |

| lname | fname |
|---|---|
| MEZA | MAURA |
| MIAK | JAMES TUT |
| MILES | LANA |
| MILLER | MELINDA |
| MILLER | NORA L |
| MILLER | RAYCHEL |
| MINIX | WILMA |
| MINOR, JR. | FRED E |
| MIRAMONTES | SOLEDAD |
| MIRANDA | RHODA |
| MITCHELL | ANDRIN |
| MOGART | PATRICIA |
| MONCADA | MARISELA |
| MONTAGUE | MARKIESHA |
| MONTALVO | JOHN |
| MONTANEZ | SUSANA |
| MONTANO | GILBERT |
| MONTIJO | ELIZABETH |
| MONTOYA | LUIS ALBERTO |
| MONTOYA | ROXANE |
| MONTOYA | SYLVIA CHRISTINA |
| MOORE | DONALD E |
| MOORE | GWENETTE |
| MOORE | KELLY |
| MORALES | DAVID M |
| MORALES | GEORGETTE |
| MORENO | ANGELICA |
| MORENO | DARLA |
| MORENO | JORGE R |
| MORENO | LINDA |
| MORENO CASACA | JOSE E |
| MORRIS | CONDESSA |
| MORRIS | LESLIE |
| MORRIS | STEPHANIE |
| MORRIS, JS. | PAUL TERRELL |
| MORTON | BENJAMIN F. |
| MOTEN | LEAH M |
| MOTTY | JAMES |
| MOULTRIE | PAMELA |
| MOUTON | CIWILLA |
| MULHAUSER | SARA |
| MUNOZ | CATALINA |
| MUNOZ | JAVIER R |

| lname | fname |
|---|---|
| MURCIA | DOLORES O |
| MURILLO | CARMELLA T |
| MURK | LISA |
| MURPHY | MARY LOUISE |
| MURRAY | BEATRICE |
| MURRAY | ROSECHELL |
| MURRIETTA | HELEN |
| MUSE | GEORGETTE |
| MYLES | ANNIE M |
| NARVAEZ | PATRICIA |
| NASH | CONSTANCE |
| NAVA M. | SARA |
| NAVARRETTE | ALEJANDRO |
| NAZAROW | PAUL |
| NEAL | SHEREE |
| NEGRETE | RAQUEL |
| NEICE | VADA |
| NEICE | WILLIAM J |
| NEILLY | BARBARA |
| NELSON | GENE |
| NEVAREZ | MARTIN |
| NEWMAN | JANICE L. |
| NEWMAN | LYN |
| NGUYEN | THAI |
| NIEBLAS | ESMERALDA |
| NOLAN | TANYA M |
| NORWOOD | DWAYNE O |
| NOWICKI | SHAWNA |
| O^BRIEN | PATRICK |
| O^STEEN | EVELYN D |
| OCANA | GLORIA M |
| OCHOA | JOSE L |
| O'DELL | BARBARA |
| OFFERLE | MATTHEW Q |
| OLIVER | MARIA |
| OLIVO | KAREN L |
| OLSON | MARYLOU |
| ORELLANA | MARIA NIDIA |
| ORNELAS | HELEN |
| ORTIZ JR | ANTONIO |
| OSORIO | OMAR G |
| OVIEDO | ARMANDO ANTONIO |
| PACHECO | CAROL |

| lname | fname |
|---|---|
| PACHECO | LETICIA |
| PACK | BERNICE |
| PADILLA | GUADALUPE |
| PADILLA | LISA W. |
| PADILLA | PATRICIA |
| PADILLA | PEDRO |
| PADILLA DE MERCADO | ROCIO S. |
| PAEZ | CARLOS |
| PAGE | PATRICIA |
| PAIZ | DEMSY O |
| PALACIOS | ZORAIDA |
| PALAFOX CASILLAS | LUIS |
| PALMA | ARMANDO |
| PARGA, JR | GEORGE |
| PARKER | VANESSA |
| PARRAS | JESSE |
| PARRAS | LUCILLE |
| PATTERSON | JANICE LYNN |
| PATTERSON | MICHELLE |
| PATTERSON-BERRY | MADILYN |
| PAYNE, JR | ARGEN |
| PAYTON | KIMBERLY L |
| PAZ | GUADALUPE |
| PENA | MARIA REFUGIO |
| PENATE | HERMES |
| PENN | CHARLES E |
| PENNINGTON | JOSEPH |
| PEREA | PETER D |
| PEREZ | MIRIAM A |
| PEREZ | RENE A |
| PEREZ | ROLANDO |
| PERKINS | RUTH |
| PERRIS | KAREN |
| PETERS | KURT |
| PFINGSTON | BARBARA |
| PHELPS | ANTHONY R |
| PHELPS | INETTA |
| PHILLIPS | DENISE |
| PHILLIPS | ELDRA |
| PHILLIPS | EVA L |
| PHILLIPS | L'TANYA R |
| PHILLIPS | PAULA |
| PHILLIPS | TODD H. |

| lname | fname |
|---|---|
| PICADO | YAMILET J |
| PINTOR | RAFAEL M |
| PITTMAN | ANGELINE |
| PIWNICKI | JOHN |
| PLANCARTE | MARIA S |
| PLASENCIA | CELIA |
| POLK | DANA |
| PONCE | MARIA |
| POOT | ELISA |
| PORTER | SHELIA |
| PORTIS | JACKQUELYN |
| PORTUS | MARY B |
| PORUBSKY | JAMES |
| POUNDS | GWENDOLYN L |
| POWNS | VALERIE J |
| PRATT | KATRINA |
| PREZA | RAUL |
| PRICE | DELEON |
| PROITTE | JEFFERY |
| PRZYSTEPSKI | PETER A |
| PUGA | LIZBETH |
| PULIDO | JOSE F |
| PURTTY | LODEMA |
| PYNE | ROBERT |
| QUADEN | JAMES |
| QUINTERO | SUE |
| RADFORD | MARCELLA E |
| RAIGOZA | JULIE |
| RAILEY | VERNON |
| RAMIREZ | DONNA |
| RAMIREZ | ELENA |
| RAMIREZ | MELINDA |
| RAMIREZ | RAFAEL |
| RAMIREZ | RAFAEL CELIS |
| RAMIREZ REYES | LILIAN C |
| RAMOS | JUDITH |
| RAMSEY | PATRICIA |
| RANGEL LARIOS | SAMUEL |
| RAPALO-GUTIERREZ | ELMER IVAN |
| RAZO | REYES M |
| READ | BARBARA A. |
| REDONDO | MONICA |
| REED | BETTY |

| lname | fname |
|---|---|
| REED | JACQUELINE |
| REMBERT | DWIGHT O |
| REMBERT | SHIRLEY |
| RENOVA | IRENE C |
| REUER | KIERSTON |
| REYES | ANA LUISA |
| REYES | GAIL |
| REYES | MARTHA A |
| REYES | RENE |
| REYNOLDS | CARL |
| REYNOLDS | VEVELYN |
| RHODES | KEITH MICHAEL |
| RICE | TERRELL |
| RICH | LISA |
| RICHARDSON | BRENDA K |
| RICHARDSON | DIANE |
| RICKETTS | DELBRA ANN |
| RICKS | GEORGE E |
| RIDDICK | MIKO |
| RIDENOUR | SHARON |
| RIEMANN | ALBIN T |
| RILES | CANARIE R |
| RINCON | MARIA |
| RIOS | JESUS MANUEL |
| RIOS | MICHAEL ALLEN |
| RIVERA | MARIA A |
| ROACH | RHONDA |
| ROBERTS | SONYA |
| ROBINSON | DARLENE |
| ROBINSON | DIANE |
| ROBINSON | MEARL LAJUAN |
| ROBLEDO | RAQUEL |
| ROBLES | RAQUEL |
| ROCHA | NOEMI |
| RODRIGUEZ | ALMA |
| RODRIGUEZ | ANNA |
| RODRIGUEZ | BERTHA |
| RODRIGUEZ | CRUZ |
| RODRIGUEZ | EFREN |
| RODRIGUEZ | JESSIE |
| RODRIGUEZ | MARIO ERNESTO |
| RODRIGUEZ | RAFAELA |
| RODRIGUEZ | RAUL |

| lname | fname |
|---|---|
| RODRIQUEZ | MARIA ELENA |
| ROGERS | JOANN |
| ROHLER | WILLIAM M |
| ROJAS | JESSICA LYDIA |
| ROMERO | ANGELICA |
| ROMERO | LAURA |
| ROMERO-REINOSO | NOLVIA M |
| ROMO | LETTICIA |
| ROSS | DENEAN |
| ROSS | VINCE E |
| ROUSE | JESSICA |
| RUANO | JESSE |
| RUBIN | TARYN |
| RUBIO | LINDA |
| RUBIO | TERESA |
| RUCKER, JR. | ARTHUR |
| RUIZ | ALBERT |
| RUIZ | SERGIO |
| RUIZ | STELLA |
| RULON | KIMBERLY DAWN |
| RUSSELL | LYNETTE |
| SABA | BASSAM |
| SALAKHORIAN | POGOS |
| SALAMANCA | YOLANDA |
| SALAS | BLANCA SOFIA |
| SALAZAR | CRYSTAL |
| SALAZAR | MARCO A |
| SALAZAR | ROXANA |
| SALCEDO | ANDRES |
| SALCEDO | CARMEN |
| SALDATE | JOEY |
| SALMON | PEGGY A. |
| SAMPSON | PAULA |
| SAMUEL | DARLA |
| SANCHEZ | ANA C |
| SANCHEZ | GERONIMO |
| SANCHEZ | MARIA ROSA |
| SANDERS | ARTEISHA |
| SANDERS | GREGORY |
| SANDERS | LOLITA |
| SANDOVAL-LOPEZ | VERONICA L |
| SANODEN | ROBERT |
| SANTIN MARTINEZ | VICTOR HUGO |

| lname | fname |
|---|---|
| SANTOS | SANTOS S |
| SANTOS | THERESA |
| SARMENTO | LUCY M |
| SARMIENTO MEMBRENO | GREGORIO |
| SARNI | TONY A |
| SAUCEDO | YURIDIA FLORES |
| SAULSBERRY | GENE |
| SAVAGE | TANISHA |
| SAWYER | RENEE |
| SCHMITT | PATRICIA A |
| SCHULTZ | PATRICIA K. |
| SCOTT | MARCHELL |
| SEALS | ROSA E |
| SEALY | GLENDA |
| SEAY | STACEY |
| SEGURA | ROSEANN |
| SEIFELDEIN | MOHAMED |
| SENA | ANTONIO |
| SENATORE | LORI |
| SEPULVEDA | OMAR R |
| SEYMORE | SHERRY LYNNE |
| SHABAZZ | KYALO |
| SHAW | COREY |
| SHEALEY, JR. | ORANGE L. |
| SHELL | MCLESSIE |
| SHELLENBARGER | NICHOLAS |
| SHELMON BEAVER | TAMARA |
| SHEPHERD | LINDA |
| SHEPPARD | CYNTHIA |
| SHEPPARD | LATONIA |
| SHOBERT | LYNNE R |
| SIBLEY | NICKICHA |
| SIGNOR | JASON |
| SILVA | IRMA |
| SILVERNALE | MIKE |
| SIMMONS | CARL |
| SIMPSON | LAWANDA |
| SIMPSON | TISHA |
| SLAYTON | TAMMY |
| SLOAN | DARRYL G |
| SMALL | ANDREW |
| SMALL | JANICE |
| SMITH | ALVA J |

| lname | fname |
|---|---|
| SMITH | AMY |
| SMITH | ANGELA R |
| SMITH | BERNICE |
| SMITH | CATHERINE |
| SMITH | DEBORAH |
| SMITH | DEBORAH |
| SMITH | DELCIE |
| SMITH | KIMBERLY |
| SMITH | MARY A |
| SMITH | ORESSA |
| SMITH | SHETAUNA |
| SMITH | STEPHEN F |
| SMITH | TAMYIA |
| SMITH | THEODIS |
| SMITH | VANGELINA |
| SMITHEAL | FAYE D |
| SMITH-MCCLURE | GERI |
| SMYTH | JAMES |
| SNOW | JULIE R |
| SOLANO FUNES | ANA DOLORES |
| SOLIS | JESUS CASTRO |
| SOLORIO | DAEGON |
| SOLORZANO | JORGE A |
| SOTELO | VIVIAN |
| SOTO | ELEANOR |
| SOTO | JOE |
| SOTO | JOSIE |
| SOTO | SERGIO |
| SPANGLER | REBECCA A |
| STEPHENS | ANGELA M |
| STEPHENS | BECKY |
| STEPNEY | BEVERLY |
| STERLING, JR | LEE |
| STEWART | JOHN |
| STEWART | MICHELLE |
| STEWART-LIDDIE | NEDRA G |
| STIPES | PAMELA S |
| STRATTON (ZIZOLFO) | MARGARET |
| STROSSER | JOHN |
| STROSSER | WILLIAM C. |
| STUTER | REBECCA |
| SULLIVAN | DAPHINE |
| SUN | PAULA |

| lname | fname |
|---|---|
| SYKES | LISA MARIE |
| TABOR | KIM |
| TAIT | DARLENE M |
| TALAMANTES | DENISE |
| TANNER | LOURDES |
| TATUM | DEBRA L |
| TAYLOR | DEBORAH |
| TAYLOR | DIMICA |
| TAYLOR | DONNESHA L. |
| TAYLOR | MARLENE |
| TAYLOR | PATRICIA |
| TENNELL | CARLA |
| TERRONES | MARGARET |
| THEIS | PAMELA |
| THOMAS | NOREEN |
| THOMAS | ROSEMARY |
| THOMAS | TAMMIE L |
| THOMPKINS | LENA |
| THOMPSON | DONNA |
| THOMPSON | KIMBERLEY |
| THOMPSON | TONI |
| THOMPSON | TOYA |
| THORN-HONORE | DIANA |
| TILLIS | NAKITA L |
| TINSLEY | RASUL |
| TORRES | CARLOS R |
| TORRES | GILBERTO P |
| TOVMASIAN | FREDRICK |
| TRAVERS | AUDREY |
| TREJO | RICHARD |
| TREJO | RUBY |
| TREVIZO | MARIO |
| TROTTER | DONNA |
| TRUJILLO | BENJAMIN |
| TRUONG | NAM |
| TUCKER | KATHY |
| TUCKER | SHERON BERNARDINE |
| TUCKER | WAYNE THOMAS |
| TUGGLE | JACQUELINE |
| TUNSTALL | RACHELLE |
| TURNAGE | PATRICIA A |
| URSSERY, JR. | ROBERT W |
| VALDEZ PEREZ | JUAN M |

| lname | fname |
|---|---|
| VALENZUELA | SHANNA |
| VALLE | JOSE LUIS |
| VALLE | JOSEFINA |
| VANBUREN | BRENDA |
| VANEGAS | GABRIEL ERNESTO |
| VARGAS | GERARDO |
| VASQUEZ | FRANKIE A |
| VASQUEZ | RAMIRO T |
| VAZQUEZMARTINEZ | CARLOTA |
| VELA | VERONICA |
| VELASCO | JOSEPHINE |
| VELASQUEZ | ISAAC G |
| VELAZQUEZ | HECTOR |
| VERDUGO | MARIA S |
| VERRET | SERENA |
| VERRIER | CHRISTIAN M. |
| VICTOR | STEPHANIE |
| VILLATORO | EDGAR H |
| VILLEDA | INERALDO |
| VILLEZCAS | CARMEN L |
| VIZARRAGA | SOCORRO |
| WADE | CELESTINE |
| WADE | EVA |
| WADE | MICHELLE |
| WAINWRIGHT | CARL ETTA |
| WALKER | CYNTHIA ANN |
| WALKER | PAULA |
| WALL | SAMMIE D |
| WALLS | BRENDA |
| WALLS | DELORIS ANN |
| WALLS | DESSIE D |
| WALTON | KAREN |
| WALTON | MONICA |
| WARD | SARAAN |
| WARD-MONTOYA | CYNTHIA F |
| WARE | LASHONDA |
| WARE | VIVIAN |
| WARREN | ALLAN D. |
| WARREN | TIFFANY |
| WARREN | VICTORIA |
| WASHINGTON | ANTOINETTE |
| WASHINGTON | FRANCIS |
| WASHINGTON | YOLANDA |

| lname | fname |
|---|---|
| WATKINS | ANGELA |
| WAYNE | DARRIAN |
| WEAVER | DENISHA NICOLE |
| WELLS | KRYSTAL |
| WEST | TANISHA RAY |
| WESTON | BETTY L |
| WHITCRAFT | KAREN |
| WIDE | RUBY |
| WILBURN | ERIKA |
| WILCHER | LINDA |
| WILCOX | TAMMY LYNN |
| WILKERSON | ALTON |
| WILKIEWIECZ | ERNESTINA |
| WILLIAMS | ADA |
| WILLIAMS | ALPHONSO |
| WILLIAMS | ANDRINA |
| WILLIAMS | ANGELA LENICE |
| WILLIAMS | BELINDA |
| WILLIAMS | BETTY |
| WILLIAMS | DEMETRIUS |
| WILLIAMS | GREGORY DEAN |
| WILLIAMS | IRECE |
| WILLIAMS | JACKIE |
| WILLIAMS | JAMES E. |
| WILLIAMS | LUSHON |
| WILLIAMS | PENNY J |
| WILSON | CHELSEA |
| WILSON | DEBBIE |
| WILSON | JESSICA |
| WILSON | MICHELE |
| WILSON | SHANEVA M |
| WILSON-LASCANO | LORETTA |
| WINEGAR | NELSON |
| WINFIELD | JESSIE MARIE |
| WISE | DETA |
| WISE | MAGHAN |
| WOODS | CAROLYN |
| WOODS | CHERI |
| WOODS | DANNELLA |
| WOODS | JOSEPH JEREMIE |
| WOODS | MARKESHA |
| WOODS | ROBIN L |
| WOODS | SONNETTA |

| lname | fname |
|---|---|
| WOODS | TIMOTHY |
| WOODS | VICKI |
| WRIGHT | CHRISTOPHER W |
| YANCY | MARYANNE |
| YERDON | SHARON |
| YETT | DEBBIE |
| YORK | MICHAEL |
| YORTY | LILLIE |
| YOUNG | ERVIN |
| YOUNG | GWENDOLYN |
| YOUNG | KEITH E |
| YOUNG JR | ROBERT S. |
| YOUNG, SR | THEODIS |
| ZAPIAN | SONIA |
| ZAPPIA | KIMBERLY |
| ZAVALA | ALICIA |
| ZAVALZA | ROSIE |
| ZEPEDA | MARCO A. |
| ZEPEDA | MARCOS VINICIO |
| ZEPEDA CORDOVA | MARIA MILAGRO |
| ZUNIGA | OLIVIA |
| ZUNIGA | ZONIA L |