

## IN THE UNITED STATES DISTRICT COURTS
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 09 CV 6178 |
| Plaintiffs, | ) ) | |
| | ) | Judge Rebecca Pallmeyer |
| v. | ) ) | |
| | ) | Magistrate Judge Susan Cox |
| FIRST TRANSIT, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | Case No. 10 CV 7002 |
| Plaintiffs, | ) ) | |
| | ) | Judge Rebecca Pallmeyer |
| v. | ) ) | |
| | ) | Magistrate Judge Susan Cox |
| FIRST STUDENT, INC., | ) ) | |
| Defendant. | ) | |

## ORDER CORRECTING FINAL JUDGMENT

Plaintiffs Tasha Joshaway, Michael Yurkowski, George Beckett, Debbie Goin, Pennie

Johnson, Elizabeth Hunter, William Garraughty, and Linda Stoike, on behalf of themselves and

the classes described below have filed an unopposed motion, pursuant to Rule 60(b) of the

Federal Rules of Civil Procedure, asking the Court to correct the September 9, 2011 final

judgment in this case due to a mistake by the Settlement Administrator. Having considered the

Plaintiffs' motion, the Court rules as follows:

1.      The 189 opt out forms included in Exhibit C to the Settlement Administrator's September 7, 2011 filing were timely submitted to the Settlement Administrator.

2.      A substantial number of the 189 individuals whose opt out forms are included in Exhibit C to the Settlement Administrator's September 7, 2011 filing were not included in Appendix 1 to the Court's September 9, 2011 final judgment due to inadvertence or mistake because they were in fact class members.

3.      Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the Court corrects its September 9, 2011 final judgment in this matter as follows. As to the 189 individuals who filed the opt out forms included in Exhibit C to the Settlement Administrator's September 7, 2011 filing, this matter is dismissed without prejudice.

ENTERED:

United States District Court Judge

Dated: Dec. 1, 2011