IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, LINDA STOIKE, and WILLIAM GARRAUGHTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant. | Case No. 09 CV 6178<br><br>Judge Rebecca Pallmeyer<br>Magistrate Judge Susan Cox |
| TASHA JOSHAWAY, MICHAEL YURKOWSKI, GEORGE BECKETT, DEBBIE GOIN, and PENNIE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC.,<br><br>Defendant | Case No. 10 CV 7002<br><br>Judge Rebecca Pallmeyer<br>Magistrate Judge Susan Cox |

FINAL SETTLEMENT IMPLEMENTATION REPORT

I, Mark Patton, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of eighteen (18) years and am not a party to this action. The statements set forth in this declaration are made of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated below.

2. I am Senior Director of Operations for Settlement Services, Inc. ("SSI"), which was retained as the Settlement Administrator in this action. I have been employed by SSI for over 19 years. During this time, SSI has administered more than 200 settlements involving more than 1,000,000 class members and over $1 billion in settlement funds.

3. SSI was appointed as Settlement Administrator in this action in order to carry out

the duties enumerated in the Stipulation of Class Settlement and Settlement Agreement.

4. There were 143,585 members of the Class. Of those, 32,119 (or approximately 22.4%) were considered to have filed timely and valid Claim Forms.

5. The total Settlement Amount was $5,900,000. Of this amount, $4,148,300 was available for distribution to the class after deduction of (1) attorneys' fees and costs, (2) service awards, and (3) funds allocated to pay administrative costs.

6. On October 28, 2011, SSI caused the checks to be mailed to the eligible claimants.

7. As of March 9, 2012, approximately 921 award checks had not been negotiated and became stale, leaving a total amount of $100,127.57 in leftover funds.

8. On March 26, 2012, $18,000 that had been paid into the Settlement Fund by the Defendants for the purpose of paying the employer's share of taxes due on class member awards was returned to the Defendants. The remaining funds in the account ($82,127.57) were distributed to the Cy Pres recipient (Cabrini Green Legal Aid), and the QSF's account was closed down.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May, 2012.

Mark Patton
Settlement Services, Inc.
2032-D Thomasville Rd.
Tallahassee, FL 32308
Telephone: (850) 385-6216
Facsimile: (850) 385-6008